**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

**THROUGHPUTER, INC.,**

    **Plaintiff,**

    **v.**                                **Civil Action No. 3:21cv216**

**MICROSOFT CORPORATION,**

    **Defendants.**

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, the Court GRANTS the Motion to Transfer. (ECF No. 38.) The Court TRANSFERS this matter to the United States District Court for the Western District of Washington. The Clerk shall take the necessary steps to effectuate the transfer. The Court DEFERS Defendant Microsoft's Partial Motion to Dismiss for Failure to State a Claim of Willful Infringement and Indirect Infringement to the transferee court. (ECF No. 27.)

It is SO ORDERED.

Date: 3-23-22
Richmond, Virginia

M. Hannah Lauck
United States District Judge