# EXHIBIT 41

US010425472B2

(12) **United States Patent**
Caulfield et al.

(10) Patent No.: **US 10,425,472 B2**
(45) Date of Patent: **Sep. 24, 2019**

(54) **HARDWARE IMPLEMENTED LOAD BALANCING**

(71) Applicant: **Microsoft Technology Licensing, LLC**, Redmond, WA (US)

(72) Inventors: **Adrian Michael Caulfield**, Woodinville, WA (US); **Eric S. Chung**, Woodinville, WA (US); **Michael Konstantinos Papamichael**, Redmond, WA (US); **Douglas C. Burger**, Bellevue, WA (US); **Shlomi Alkalay**, Redmond, WA (US)

(73) Assignee: **MICROSOFT TECHNOLOGY LICENSING, LLC**, Redmond, WA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 84 days.

(21) Appl. No.: **15/408,365**

(22) Filed: **Jan. 17, 2017**

(65) **Prior Publication Data**
US 2018/0205785 A1 Jul. 19, 2018

(51) **Int. Cl.**
**G06F 15/173** (2006.01)
**H04L 29/08** (2006.01)
(Continued)

(52) **U.S. Cl.**
CPC .......... **H04L 67/1002** (2013.01); **G06F 9/505** (2013.01); **G06F 9/5083** (2013.01);
(Continued)

(58) **Field of Classification Search**
CPC .... G06F 9/5011; G06F 9/5072; G06F 9/5027; G06F 9/5077; G06F 2209/5015; H04L 67/10
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 7,003,118 B1 * | 2/2006 | Yang | H04L 63/0485 370/393 |
| 7,570,639 B2 | 8/2009 | Kalkunte et al. | |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 2472784 A1 | 7/2012 |
| EP | 3057334 A1 | 8/2016 |

OTHER PUBLICATIONS

"Cisco Data Center Spine-and-Leaf Architecture: Design Overview", Retrieved from https://www.cisco.com/c/en/us/products/collateral/switches/nexus-7000-series-switches/white-paper-c11-737022.pdf, Jan. 2016, 27 Pages.
(Continued)

*Primary Examiner* — Cheikh T Ndiaye
(74) *Attorney, Agent, or Firm* — Alleman Hall Creasman & Tuttle LLP

(57) **ABSTRACT**

A server system is provided that includes a plurality of servers, each server including at least one hardware acceleration device and at least one processor communicatively coupled to the hardware acceleration device by an internal data bus and executing a host server instance, the host server instances of the plurality of servers collectively providing a software plane, and the hardware acceleration devices of the plurality of servers collectively providing a hardware acceleration plane that implements a plurality of hardware accelerated services, wherein each hardware acceleration device maintains in memory a data structure that contains load data indicating a load of each of a plurality of target hardware acceleration devices, and wherein a requesting hardware acceleration device routes the request to a target hardware acceleration device that is indicated by the load data in the data structure to have a lower load than other of the target hardware acceleration devices.

**20 Claims, 9 Drawing Sheets**



## US 10,425,472 B2
Page 2

(51) **Int. Cl.**

| | | |
|---|---|---|
| *H04L 29/06* | (2006.01) | |
| *G06F 9/50* | (2006.01) | |
| *G06F 15/16* | (2006.01) | |

(52) **U.S. Cl.**
CPC ............ *G06F 15/161* (2013.01); *H04L 67/10* (2013.01); *H04L 67/42* (2013.01)

(56)                **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 7,640,023 | B2 | 12/2009 | Ma et al. |
| 8,027,284 | B2 | 9/2011 | Kozat et al. |
| 8,514,876 | B2 | 8/2013 | Banerjee et al. |
| 8,812,727 | B1 * | 8/2014 | Sorenson ................ H04L 47/70 709/238 |
| 8,908,687 | B2 | 12/2014 | Cheng et al. |
| 8,910,153 | B2 * | 12/2014 | Gupta ................... G06F 9/5077 718/1 |
| 8,953,618 | B2 | 2/2015 | Mishra et al. |
| 9,130,764 | B2 | 9/2015 | Anumala |
| 9,231,863 | B2 | 1/2016 | Venkataswami et al. |
| 9,253,140 | B2 | 2/2016 | Kapadia et al. |
| 9,342,808 | B2 | 5/2016 | Miller et al. |
| 9,344,493 | B1 | 5/2016 | Anand |
| 9,374,270 | B2 | 6/2016 | Nakil et al. |
| 9,667,711 | B2 * | 5/2017 | Guerin ................ H04L 67/1008 |
| 2007/0053356 | A1 | 3/2007 | Konda |
| 2010/0036903 | A1 | 2/2010 | Ahmad et al. |
| 2015/0280928 | A1 | 10/2015 | Tessmer et al. |
| 2016/0299553 | A1 | 10/2016 | Putnam et al. |
| 2016/0306667 | A1 * | 10/2016 | Burger ................. G06F 9/5011 |
| 2016/0306668 | A1 | 10/2016 | Heil et al. |
| 2016/0306701 | A1 | 10/2016 | Heil et al. |
| 2016/0308649 | A1 | 10/2016 | Burger et al. |
| 2016/0308718 | A1 | 10/2016 | Lanka et al. |
| 2016/0379686 | A1 | 12/2016 | Burger et al. |
| 2016/0380885 | A1 * | 12/2016 | Jani ......................... H04L 45/44 370/408 |
| 2016/0380912 | A1 | 12/2016 | Burger et al. |
| 2017/0286157 | A1 * | 10/2017 | Hasting ................... G06F 9/505 |

OTHER PUBLICATIONS

"OpenContrail SDN Lab testing 1-ToR Switches with OVSDB", Retrieved From http://www.tcpcloud.eu/en/blog/2015/07/13/opencontrail-sdn-lab-testing-1-tor-switches-ovsdb/, Jul. 13, 2015, 10 Pages.
"Virtual Extensible LAN (VXLAN) Best Practices White Paper", In White Paper of Cisco, Jan. 2016, pp. 1-32.

Chung, et al., "AN3: A Low-Cost, Circuit-Switched Datacenter Network", Retrieved From https://www.microsoft.com/en-us/research/publication/an3-a-low-cost-circuit-switched-datacenter-network/, Mar. 12, 2014, 12 Pages.
Levine, et al., "A Comparison of Known Classes of Reliable Multicast Protocols", In Proceedings of International Conference on Network Protocols, Jan. 1996, 10 Pages.
McNeil, Peter, "The Benefits of Layer 3 Routing at the Network Edge", Retrieved From http://web.archive.org/web/20120323233404/http://www.I-com.com/multimedia/whitepapers/wp_Layer3RoutingNetworkEdge.pdf, Mar. 23, 2012, 13 Pages.
"International Search Report and Written Opinion Issued in PCT Application No. PCTUS17067150", dated Apr. 12, 2018, 15 Pages.
"International Search Report and Written Opinion Issued in PCT Application No. PCT/US17/067449", dated Mar. 29, 2018, 15 Pages.
Xia, et al., "A Cross-Layer SDN Control Plane for Optical Multicast-Featured Datacenters", In Proceedings of the Third Workshop on Hot Topics in Software Defined Networking, Aug. 22, 2014, 2 Pages.
"Introduction to Scheduling and Load Balancing", http://www.dis.uniroma1.it/~ciciani/DIDATTICA/ARCHITETTURE/SchedLB.pdf, Published on: Feb. 11, 2014 , 41 pages.
Buyya, Rajkumar, "High Performance Cluster Computing: Architectures and Systems", In Publication of Prentice Hall PTR Upper Saddle Rive, Oct. 19, 2016, 1 pages.
Jones, Allen, "Load Balancing Your Web Server", http://windowsitpro.com/networking/load-balancing-your-web-server, Published on: Jun. 5, 2000, 5 pages.
"The ABCs of ADCs—The Basics of Server Load Balancing and the Evolution to Application Delivery Controllers", In White Paper of Fortinet, Oct. 19, 2016, 8 pages.
"Load Balancing Techniques", https://kemptechnologies.com/load-balancer/load-balancing-techniques/, Retrieved on: Oct. 19, 2016, 5 pages.
"Load Balancer Hardware", https://www.incapsula.com/load-balancing/hardware-load-balancer-hld.html, Retrieved on: Oct. 19, 2016, 10 pages.
"How to get Dynamic Load Balancing AddOn", https://www.wowza.com/forums/content.php?108-How-to-get-Dynamic-Load-Balancing-AddOn, Published on: May 9, 2014, 3 pages.
Fu, et al., "Distributed Utilization Control for Real-Time Clusters with Load Balancing", In Proceedings of 27th IEEE International Real-Time Systems Symposium, Dec. 5, 2006, pp. 1-10.
Chen, et al., "Dynamic Server Cluster Load Balancing in Virtualization Environment with OpenFlow", In International Journal of Distributed Sensor Networks, Jul. 7, 2015, pp. 1-9.
Chen-Xiao, et al., "Research on Load Balance Method in SDN", In International Journal of Grid and Distributed Computing, vol. 9, No. 1, Oct. 19, 2016, pp. 25-36.

* cited by examiner



FIG. 1



FIG. 2



FIG. 3



FIG. 4



| DATA STRUCTURE  412 (FOR 410) | | |
|---|---|---|
| TARGET HARDWARE ACCELERATION DEVICES 416 | DESIGNATED HARDWARE ACCELERATED SERVICE 418 | LOAD DATA 414 |
| A1 | A | 100→200 |
| A2 | A | 170 |
| A3 | A | 180 |
| A4 | A | 160 |

FIG. 5





FIG. 6



700
702

PROVIDING A PLURALITY OF SERVERS, EACH SERVER INCLUDING AT LEAST
ONE HARDWARE ACCELERATION DEVICE AND AT LEAST ONE PROCESSOR

SERVERS ORGANIZED IN CLUSTERS BEHIND TOR SWITCHES — 704

706

MAINTAINING IN MEMORY OF EACH HARDWARE ACCELERATION DEVICE A
DATA STRUCTURE THAT CONTAINS LOAD DATA INDICATING A LOAD OF
EACH OF A PLURALITY OF TARGET HARDWARE ACCELERATION DEVICES

708

AT ONE OF THE HARDWARE ACCELERATION DEVICES, RECEIVING A
REQUEST FOR A DESIGNATED HARDWARE ACCELERATED SERVICE

REQUEST ORIGINATES FROM A REQUESTING HOST SERVER
INSTANCE EXECUTED ON PROCESSOR LINKED VIA
INTERNAL BUS TO HARDWARE ACCELERATION DEVICE — 710

712

ROUTING THE REQUEST TO A TARGET HARDWARE ACCELERATION DEVICE THAT IS
INDICATED BY THE LOAD DATA IN THE DATA STRUCTURE TO HAVE A LOWER LOAD THAN
OTHER OF THE TARGET HARDWARE ACCELERATION DEVICES

714

RECEIVING THE REQUEST FROM THE REQUESTING HARDWARE ACCELERATION
DEVICE, AT A RECEIVING HARDWARE ACCELERATION DEVICE IN A SERVER CLUSTER

716

DETERMINING WHETHER A CURRENT LOAD OF THE RECEIVING HARDWARE
ACCELERATION DEVICE IS HIGHER THAN A THRESHOLD LOAD VALUE AND/OR HIGHER
THAN ANOTHER HARDWARE ACCELERATION DEVICE IN THE SERVER CLUSTER
IMPLEMENTING THE SAME HARDWARE ACCELERATED SERVICE BASED ON NEAR-
REAL TIME LOAD DATA OF THE DATA STRUCTURE AT THE RECEIVING HARDWARE
ACCELERATION DEVICE

718

REDIRECTING THE REQUEST TO ANOTHER HARDWARE ACCELERATION DEVICE IN
THE SERVER CLUSTER WHICH NEAR-REAL TIME LOAD DATA OF THE DATA
STRUCTURE INDICATES HAS A LOWER LOAD THAN OTHER HARDWARE
ACCELERATION DEVICES IN THE SERVER CLUSTER

720

UPDATING LOAD DATA IN DATA STRUCTURE IN MEMORY AT THE
REQUESTING HARDWARE ACCELERATION DEVICE FOR THE
TARGET HARDWARE ACCELERATION DEVICE

BASED ON ONE OR MORE ATTRIBUTES OF THE REQUEST — 722

BASED ON CURRENT LOAD SENT VIA MESSAGE — 724

BASED ON PERIODIC UPDATES — 726

FIG. 7



700

728

RECEIVING A MULTI-STEP REQUEST FOR A PLURALITY OF
DESIGNATED HARDWARE ACCELERATED SERVICES

730

IMPLEMENTING ONE OF THE PLURALITY OF DESIGNATED
HARDWARE ACCELERATED SERVICES

732

ROUTING THE MULTI-STEP REQUEST TO THE TARGET
HARDWARE ACCELERATION DEVICE IMPLEMENTING THE
NEXT DESIGNATED HARDWARE ACCELERATED SERVICE

FIG. 8



FIG. 9

US 10,425,472 B2

1

# HARDWARE IMPLEMENTED LOAD BALANCING

## BACKGROUND

Server systems use load balancing processes to direct requests to less-loaded servers in the server system to improve efficiency in handling a large amount of requests. Many current load balancing solutions are software-driven, and perform load balancing processes with relatively stale load data. Thus, when a request is routed to a server according to these load balancing processes, by the time the request reaches that server, the load on that server may have already increased beyond what was calculated by the software driven load balancer based on stale load data, causing that server to be unable to timely service that request.

## SUMMARY

To address the above issues, a server system for hardware implemented load balancing is provided. The server system may include a plurality of servers, each server including at least one hardware acceleration device and at least one processor communicatively coupled to the hardware acceleration device by an internal data bus and executing a host server instance, the host server instances of the plurality of servers collectively providing a software plane, and the hardware acceleration devices of the plurality of servers collectively providing a hardware acceleration plane that implements a plurality of hardware accelerated services, wherein each hardware acceleration device maintains in memory a data structure that contains load data indicating a load of each of a plurality of target hardware acceleration devices implementing a designated hardware accelerated service of the plurality of hardware accelerated services, and wherein, when a requesting hardware acceleration device routes a request for the designated hardware accelerated service, the requesting hardware acceleration device routes the request to a target hardware acceleration device that is indicated by the load data in the data structure to have a lower load than other of the target hardware acceleration devices.

This Summary is provided to introduce a selection of concepts in a simplified form that are further described below in the Detailed Description. This Summary is not intended to identify key features or essential features of the claimed subject matter, nor is it intended to be used to limit the scope of the claimed subject matter. Furthermore, the claimed subject matter is not limited to implementations that solve any or all disadvantages noted in any part of this disclosure.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a schematic view that shows an example server system of the present description.

FIG. **2** is a schematic view that shows a server cluster of the example server system of FIG. **1**.

FIG. **3** is a schematic view of an example hardware acceleration device of the example server system of FIG. **1**.

FIG. **4** is a schematic view that shows an example request for a hardware accelerated service for the example server system of FIG. **1**.

FIG. **5** continues the example request for a hardware accelerated service of FIG. **4**.

FIG. **6** is a schematic view of the server system of FIG. **1**, illustrating a multi-step request.

2

FIG. **7** is a flow chart of an example method for hardware based load balancing, which may be implemented using this server system of FIG. **1** or other suitable server system hardware.

FIG. **8** is another flow chart showing additional steps of the method of FIG. **7**.

FIG. **9** is a schematic view of exemplary computer hardware that may be used in the server system of FIG. **1**.

## DETAILED DESCRIPTION

FIG. **1** illustrates a server system **100** that includes a plurality of servers **102** that collectively provide a software plane **104** and a hardware acceleration plane **106**. The software plane **104** includes a collection of software-driven components (each denoted by the symbol "S" in FIG. **1**), and the hardware acceleration plane **106** includes a collection of hardware accelerated components (each denoted by the symbol "H" in FIG. **1**). In one example, each host component may correspond to a host server instance executed by one or more processor of one of the plurality of servers **102**. In this example, each hardware acceleration component may correspond to a hardware acceleration device including hardware logic for implementing functions, such as a field-programmable gate array (FPGA) device, a massively parallel processor array (MPPA) device, a graphics processing unit (GPU), an application-specific integrated circuit (ASIC), a multiprocessor System-on-Chip (MPSoC), etc.

The term "hardware" acceleration component may also encompass other ways of leveraging a hardware acceleration device to perform a function, such as, for example, a) a case in which at least some tasks are implemented in hard ASIC logic or the like; b) a case in which at least some tasks are implemented in soft, (configurable) FPGA logic or the like; c) a case in which at least some tasks run as software on FPGA software processor overlays or the like; d) a case in which at least some tasks run as software on hard ASIC processors or the like, etc., or any combination thereof. It will be appreciated that the hardware acceleration plane **106** may represent a homogeneous collection of hardware acceleration devices, such as, for example, FPGA devices. On the other hand, the hardware acceleration plane **106** may represent a heterogeneous collection of different types of hardware acceleration devices including different types of FPGA devices having different respective processing capabilities and architectures, a mixture of FPGA devices and other types hardware acceleration devices, etc.

A processor generally performs operations using a temporal execution paradigm, e.g., by using each of its processor hardware threads to execute machine-readable instructions sequentially. In contrast, a hardware acceleration device may perform operations using a spatial paradigm, e.g., by using a large number of parallel logic elements to perform computational tasks. Thus, hardware acceleration component can perform some operations that may be broken down into many parallel tasks in less computing time compared to processors and software-driven components. Thus, the "acceleration" qualifier associated with the term "hardware acceleration device" used herein may reflect its potential for accelerating the functions that are performed by the processors of the servers.

In one example, the server system **100** corresponds to a data center environment that communicatively couples the plurality of servers **102** via standard network infrastructure. Turning to FIG. **2**, the plurality of servers **102** are organized into a plurality of server clusters **200**, each server cluster including a top of rack (TOR) network switch **202**, two or

US 10,425,472 B2

**3**

more servers of the plurality of servers **102**, such as servers **206**, **208**, . . . , and **210**, and a backplane **204** communicatively coupling the top of rack network switch **202** and the two or more servers. For example, each server cluster **200** may correspond to a server rack that provides physical structure, ventilation, etc., for a TOR switch **202** and a plurality of servers **206**, **208**, . . . , and **210** that are located physically proximate to each other in the same server rack. The backplane **204** communicatively coupling each server in the server rack may facilitate a low latency and high bandwidth exchange of network packets between servers in the same server rack.

As illustrated in FIG. **2**, each server **206**, **208**, . . . , **210**, in the server cluster **200** includes at least one hardware acceleration device **212** and at least one processor **214** communicatively coupled to the hardware acceleration device **212** by an internal data bus **216** and executing a host server instance **218**. As shown, each server may include more than one processor, such as additional processor **220**, and so on. The more than one processors may each execute separate host server instances **218**, or may collectively execute a single host server instance. In one example, the internal data bus **216** may take the form of a Peripheral Component Interconnect Express (PCIe) link, for example. Data buses of other formats may alternatively be used. It will be appreciated that "internal" as used in the term "internal data bus" refers to the fact that at least a portion of the data bus is typically housed in the same housing (which serves as a Faraday cage) as the processor of the server, and should be understood to encompass a data bus that connects a processor of the server in a housing with an internally mounted hardware acceleration component plugged into a PCIe slot on a circuit board of the server as one example, or to an externally coupled hardware acceleration component plugged into, e.g., a PCIe port on an external surface of the housing of the server. As illustrated, the hardware acceleration device **212** is also indirectly coupled to the processor **214** via a network interface controller (NIC) **218** that is also coupled to the processor **214** by an internal data bus **216**, which, for example, may comprise one or more internal data buses as subcomponents.

Finally, as illustrated in FIG. **2**, the hardware acceleration device **212** of each server **208** in the server cluster **200** is coupled to the TOR network switch **202**. Thus, in the illustrated example, the hardware acceleration device **212** provides the sole path through which the processor **214** interacts with other servers **208**, . . . , **210**, in the server cluster **200**, as well as with other servers in the plurality of servers **102** of the server system **100**. Among other effects, the architecture of FIG. **2** allows the hardware acceleration device **212** coupled to the processor **214** to perform processing on packets that are received from and/or sent to the TOR network switch **202** (e.g. by performing encryption, compression, etc.), without adding computational burden on the one or more processors **214**, **220**, and so on.

In this example, each host server instance **218** is coupled to at least one hardware acceleration device **212** through an internal data bus **216**, such that these components are physically coupled together as a server. The hardware acceleration device and the host server component executed by the processor in the same server may be referred to herein as the "local" hardware acceleration device and the "local" host server instance to distinguish it from other hardware acceleration devices and host server instances corresponding to other servers. On the other hand, the hardware acceleration devices and host server instances of other servers may be referred to herein as "remote" hardware acceleration devices

**4**

and "remote" host server instances to distinguish them from a particular server's local hardware acceleration device and local host server instance. The use of "remote" in this context does not necessitate that the remote devices be positioned across a wide area network (WAN) from the requesting device, as typically they are provisioned within the same data center. Additionally, servers within the same server cluster may be referred to as "peer" servers to distinguish them from other servers in the server system **100** that are not in that particular server cluster.

Turning back to FIG. **1**, the host server instances executed by the processors of the plurality of servers **102** collectively provide the software plane **104**, and the hardware acceleration devices of the plurality of servers **102** collectively provide the hardware acceleration plane **106**. FIG. **1** shows an example local host server instance **108** of the software plane **104**, the example local host server instance **108** executed by a processor that is coupled to a local hardware acceleration component **110** of the hardware acceleration plane **106** through an internal data bus **112**. That pairing forms a single server of the plurality of servers **102**. More generally, FIG. **1** shows that the software plane **104** is coupled to the hardware acceleration plane **106** through a plurality of individual internal data buses, which FIG. **1** collectively refers to as local(H)-to-local(S) coupling **114**.

The local host server instance **108** may further indirectly communicate with other remote hardware acceleration devices in the hardware acceleration plane **106**. For example, the local host server instance **108** has access to a remote hardware acceleration device **116** via the local hardware acceleration device **110**, which may communicate with the remote hardware acceleration device **116** via network infrastructure **118**. In one example, the network infrastructure **118** includes common network infrastructure to couple the servers within a server cluster together within a server rack via a TOR network switch. As illustrated in FIG. **1**, the server system **100** includes a plurality of server clusters that each have an associated TOR network switch, and may have the architecture described in FIG. **2**. Network infrastructure **118** may further include higher-level switching infrastructure **120** (L1) and (L2) that connects the TOR network switches together. The higher-level switching infrastructure **120** may take the form of any suitable networking architecture, and may be driven by any suitable routing protocol(s). In the illustrated example, the higher-level infrastructure **120** includes a collection of aggregation switches L1 and core switches L2. However, it will be appreciated that the higher-level switching infrastructure may include any suitable number of levels of switches.

Thus, as illustrated in FIG. **1**, each host server instance of the software plane **104** may communicate with other host server instances through the respective hardware acceleration devices and the network infrastructure **118**. Thus, it will be appreciated that the same network infrastructure **118** used to communicatively couple each host server instance to other host server instances in the software layer **104**, also communicatively couples each hardware acceleration device to other hardware acceleration devices in the hardware acceleration layer **106**. In the example of server system **100**, interaction among host server instances in the software plane **104** is independent of interaction among hardware acceleration devices in the hardware acceleration plane **106**. In particular, for example, two or more hardware acceleration devices may send and consume network packets between each other outside of any direction or intervention from the host server instances of the software plane **104**, and without the host server instances being "aware" or otherwise com-

US 10,425,472 B2

5

putationally burdened by any particular interactions that are taking place in the hardware acceleration plane **106**. On the other hand, a host server instance may initiate interactions that take place in the hardware acceleration plane **106** by issuing a request that may be read and routed by the local hardware acceleration device for that particular host server instance.

In one example, the server system **100** uses the Ethernet protocol to transmit IP packets over the network infrastructure **118**. In this example, each host server instance of the plurality of servers **102** in the server system **100** may be associated with a single physical IP address for the particular server containing the processor executing that host server instance. The local hardware acceleration device in the same server may adopt the same IP address. The server can determine whether an incoming packet is destined for the local host server instance as opposed to the local hardware acceleration component through several methods. For example, packets that are destined for the local hardware acceleration device can be formulated as user datagram protocol (UDP) packets specifying a specific port assigned to the local hardware acceleration device. On the host hand, packets that are destined for the local host server instance are not formulated as UDP packets. In another example, packets belonging to the hardware acceleration plane **106** may be distinguished from packets belonging to the software plane **104** based on the value of a status flag in each of the packets.

The hardware acceleration plane **106** implements a plurality of hardware accelerated services. For example, the plurality of hardware accelerated services may include, for example, encryption services, expensive compression services, deep neural network services, bioinformatics services, web search ranking services, decision tree computation services, etc. It will be appreciated that the hardware accelerated services mentioned above are merely exemplary, and any other hardware accelerated services not specifically mentioned above may also be included in the plurality of hardware accelerated services.

FIG. **3** illustrates an example hardware acceleration device **300** of the hardware acceleration layer **106**, which, for example, may be implemented as an FPGA device. It will be appreciated that the form of the hardware acceleration devices are not limited to the illustrated example, and other hardware acceleration device architectures may be used.

As illustrated, the example hardware acceleration device **300** includes a bridge **302** for coupling the hardware acceleration device **300** to the network interface controller via a NIC interface **304** and a local top-of-rack switch via a TOR interface **306**. In one example, the bridge **302** supports two modes. In a first mode, the bridge **302** provides a data path that allows traffic from the NIC or TOR to flow into the hardware acceleration device **300**, and traffic from the hardware acceleration device **300** to flow out to the NIC and TOR. The hardware acceleration device **300** can perform processes on the traffic that flows through the bridge **302**, including a hardware accelerated service of the plurality of hardware accelerated services, such as, for example, compression, encryption, web search ranking, etc. In a second mode, the bridge **302** supports a data path that allows traffic to flow between the NIC and the TOR without being further processed by the hardware acceleration device **300**. Internally, the bridge may be composed of various first in first out buffers (FIFOs) (**308**, **310**) which buffer received packets, and various selectors and arbitration logic which route packets to their desired destination. A bypass control **312** controls whether the bridge **302** operates in the first mode or the second mode.

6

As further illustrated in FIG. **3**, a memory controller **314** governs interaction between the hardware acceleration device **300** and local memory **316**, such as DRAM memory of the server containing the hardware acceleration device **300**. For example, the hardware acceleration device **300** may update a memory page of the local memory **316** which may be accessible by the local host server instances executed by the local processor of that server.

A host interface **318** provides functionality that enables the hardware acceleration device **300** to interact with a local processor executing a local host server instance. In one example, the host interface **318** may interact with the local host server instance via the internal data bus, such as a PCIe link. Alternatively, the hardware acceleration device **300** may interact with the local host server instance with low latency by updating a memory page of the local memory **316** that is accessible by the local host server instance.

In one example, the hardware acceleration device **300** may include a router **320** for routing messages between various internal components of the hardware acceleration device **300** and between the hardware acceleration device **300** and external components via a transport components **322**. Each such end-point is associated with a respective port. In the illustrated example, the router **320** is coupled to the memory controller **314**, the host interface **318**, the transport component **322**, and application logic **324**.

In an FPGA implementation of the hardware acceleration device **300**, the application logic **324** may include programmable logic for implementing a particular hardware accelerated service of the plurality of hardware accelerated services. In the FPGA implementation, the application logic **324** may be reprogrammable to change the hardware acceleration device **300** from implementing a first hardware accelerated service to a second hardware accelerated service.

The transport component **322** formulates packets for transmission to remote entities, such as remote hardware acceleration devices, and receives packets from remote acceleration devices in the hardware acceleration plane **106**.

In the illustrated example, the transport component **322** is coupled to a 3-port switch **326** that when activated, may take over function of the bridge **302** by routing packets between the NIC and TOR, and between the NIC or TOR and a local port associated with the hardware acceleration device itself. The 3-port switch **326** may operate to safely insert and remove hardware acceleration device generated network packets on the server system **100** network without compromising local host server instance to TOR network traffic traveling via the bridge **302**.

FIG. **4** illustrates an example scenario for an example server system **400** that receives a client request **402** from a client device **404** of an end-user of the services provided by the example server system **400**. The client request **402** is received by a server load balancer (SLB) **406** of the example server system **400**. In this example, the SLB may, for example, be a software-driven load balancer that routes the client request **402** to a host server instance of the software plane that is able to service the client request **402**. In the illustrated example, the SLB **406** routes the client request **402** to the IP address of the example host server instance **408**. At step (1), the client request **402** is received by the example local hardware acceleration device **410** that is coupled to the processor executing the local example host server instance **408** via an internal data bus. The example local hardware acceleration device **410** reads the client request **402**, and determines that the client request **402** is destined from the example local host server instance **408**.

US 10,425,472 B2

7

8

Thus, at step (**2**), the example local hardware acceleration device **410** passes the client request **402** to the example local host server instance **408** via an internal data bus, such as, for example, a PCIe link. The example local host server instance **408** receives the client request **402**, and processes the client request **402** according to server application logic of the example local host server instance **408**.

In the illustrated example, the example local host server instance **408** designates two hardware accelerated services of the plurality of hardware accelerated services implemented by the hardware acceleration plane that are required to fully service the client request **402**. It will be appreciated that while in this specific example the example local host server instance **408** determines which hardware accelerated services are required, in other examples different entities such as the local hardware acceleration device **410** or the SLB **406** may determine which hardware accelerated services are required to fully service the client request **402**.

Accordingly, at step (**3**), the example local server instance **408** sends a request for one or more designated hardware accelerated services. As illustrated, the example local hardware acceleration device **410** reads the request, and routes the request to a suitable remote hardware acceleration device if the example local hardware acceleration device **410** does not implement the one or more designated hardware accelerated services. In this specific example, the request for the designated hardware accelerated service is a multi-part request, that includes a sequential request for a first designated hardware accelerated service of type A implemented by a first server cluster A, and then a second designated hardware accelerated service B implemented by a second server cluster B. In one example, each designated hardware accelerated service in the multi-part request is implemented sequentially. In another example, each designated hardware accelerated service in the multi-part request is implemented concurrently by several remote hardware acceleration devices each implementing one of the designated hardware accelerated services in the multi-part request. In another example, the multi-path request includes both sequential and parallel steps for a plurality of designated hardware accelerated services.

Turning briefly to FIG. **5**, when the example local hardware acceleration device **410** reads the request originating from the example local host server instances **408**, the example local hardware acceleration device **410** determines that the request is for one or more designated hardware accelerated services. In particular, the example local hardware acceleration device **410** determines that the request needs to be serviced by a remote hardware acceleration device implementing a first designated hardware accelerated service of type A. In order to route the request to a suitable remote hardware acceleration device that implements the first designated hardware accelerated service of type A, the example local hard acceleration device **410** accesses a data structure that contains load data from local memory of the server containing the example local hardware acceleration device.

In one example, each hardware acceleration device maintains in memory a data structure **412** that contains load data **414** indicating a load of each of a plurality of target hardware acceleration devices **416** implementing a designated hardware accelerated service **418** of the plurality of hardware accelerated services. That is, each hardware acceleration device maintains its own data structure for load data **414** for each target hardware acceleration device implementing each hardware accelerated service implemented in the hardware acceleration plane. In one example, the data structures maintained by each hardware acceleration device include load data **414** for every target hardware acceleration device implementing a particular hardware accelerated service for every hardware accelerated service in the hardware acceleration plane.

In another example, the data structures maintained by each hardware acceleration device include load data **414** for the target hardware acceleration devices implementing each of a subset of the plurality of hardware accelerated services. In particular, each hardware acceleration device may maintain a data structure that contains data for the target hardware acceleration devices that implement a particular hardware accelerated service that is frequently requested for that hardware acceleration device. It will be appreciated that these example subsets are exemplary, and other combinations of load data **414** may be stored in the data structures.

In the example illustrated in FIG. **5**, the load data for each target hardware acceleration device **416** includes a discrete value between 0 and 255. It will be appreciated that any range of values may be utilized to represent the load data. Additionally, in other examples, the load data is not stored as a single discrete value. For example, the load data **414** may include a plurality of data types and values. Such as, for example, a number of queued requests for the target hardware acceleration device, a recent processing time of a previous request, an estimate based on the number and type of requests in the queue, a total size of the queued requests, a round trip time for receiving responses to requests, and any other suitable types of data that may indicate a load of the target hardware acceleration device.

In one example, when a requesting hardware acceleration device routes a request for the designated hardware accelerated service, the requesting hardware acceleration device routes the request to a target hardware acceleration device that is indicated by the load data in the data structure to have a lower load than other of the target hardware acceleration devices. In the example illustrated in FIG. **5**, at step (**4**), the example local hardware acceleration device **410** is the requesting hardware acceleration device that is determining where to route the request received from the example local host server instance at step (**3**). Thus, the requesting hardware acceleration device (**410** in this example), reads the request, determines that the request needs to be serviced by a remote hardware acceleration device implementing the designated hardware accelerated service of type A, and determines which of a plurality of target hardware acceleration devices **416** is indicated by the load data in the data structure to have a lower load than other of the target hardware acceleration devices. That is, in the illustrated example, the requesting hardware acceleration device determines that there are four possible target hardware acceleration devices that implement the designated hardware accelerated service of type A. As shown, there is a server cluster A that includes the four target hardware acceleration devices that implement the same designated hardware accelerate service of type A. Next, the requesting hardware acceleration device (**410** in this example), determines that the target hardware acceleration device A1 in the server cluster A, currently has load data in the data structure that is lower than load data for other target hardware acceleration devices in the server cluster A. It will be appreciated that in some examples, not all of the hardware acceleration devices in a server cluster may implement the same hardware accelerated service. Additionally, while only one server cluster (server cluster A) is depicted as implementing the designated hardware accelerated service of type A, any number of server clusters in the server system **100** may potentially implement

US 10,425,472 B2

9                                                                10

the designed hardware accelerated service. Thus, the data structure **412** may include a plurality of target hardware acceleration devices for each of a plurality of server clusters that all implement the designated hardware accelerated service.

Accordingly, after determining that the load data indicates that the target hardware acceleration device A1 has the lowest load in the server cluster A implementing the designated hardware accelerated service of type A, the requesting hardware acceleration device (which is example local hardware acceleration device **410** in this example), at step (**4**), routes the request for the designated hardware accelerated service of type A to the target hardware acceleration device A1 via the network infrastructure.

In one example, when the requesting hardware acceleration device routes the request for the designated hardware accelerated service to the target hardware acceleration device, the requesting hardware acceleration device updates load data **414** in its data structure **412** for the target hardware acceleration device based on one or more attributes of the request. Thus, in the illustrated example of FIG. **5**, at step (**4**), when the requesting hardware acceleration device (currently **410**) routes the request to the target hardware acceleration device A1, the requesting hardware acceleration device updates load data **414** in its data structure **412**. For example, the requesting hardware acceleration device (currently **410**) may speculatively increase the value of the load data **414** for the target hardware acceleration device A1 as the request will potentially increase its load, or may receive a message (such as an acknowledgement message) containing actual load data from the hardware acceleration device A1 as described below.

In the illustrated example, load data for the target hardware acceleration device A1 was updated from a value of "100" to a value of "200". It will be appreciated that the load data may be updated in different manners, depending on the values of the load data. In some examples, the load data includes multiple data fields storing raw values for different load attributes, such as a number of requests in queue, a size of the requests, historical time to process requests, etc. In one example, the one or more attributes of the request are selected from the group consisting of a size of the request, a type of designated hardware accelerated service, a historical time to implement the designated hardware accelerated service, historical data for the target hardware acceleration device, and packet data of the request. The size of the request may include a total packet size of the request being sent, or a total size of the data that will be processed by the designated hardware accelerated service. The type of designated hardware accelerated service may include an estimation of how much processing resources the particular designated hardware accelerated service requires to implement. A historical time to implement the designated hardware accelerated service may include past information regarding processing times for hardware acceleration devices to implement the designated hardware accelerated service on previous requests. Historical data for the target hardware acceleration device may include past information regarding a processing time for the specific target hardware acceleration device to service requests. Packet data of the request may include various packet data, such as data in a header, readable by the requesting hardware acceleration device. It will be appreciated that the above described examples of one or more attributes of the request are merely exemplary, and any other attributes of requests not specifically mentioned above may also be utilized by the requesting hardware acceleration device to speculatively update its load data with an estimation of the processing load or burden that the request will place on the receiving hardware acceleration device.

Later, if the requesting hardware acceleration device subsequently routes a new request for the designated hardware accelerated service of type A, the target hardware acceleration device A1 may no longer be the particular target hardware acceleration device **416** having the lowest load among the other target hardware acceleration devices implementing the designated hardware accelerated service of type A. In the illustrated example, load data for the target hardware acceleration device A1 was updated from a value of "100" to a value of "200", and as shown, no longer has a load value that is lower than the other target hardware acceleration devices.

Thus, the requesting hardware acceleration device (**410** in this example), would route the new request to the other target hardware acceleration device A4, and then update load data in its own data structure **412** for that target hardware acceleration device. It will be appreciated that while in these examples load data being "lower" than other load data has been represented by a discrete value being smaller than another discrete value, any suitable method may be used to compare load data to determine which load data is "lower". For example, a larger value for the load data may instead indicate a lower load, and a smaller value for the load data may instead indicate a higher load. Alternatively, determining which load data is "lower" may include comparing several fields of data, such as a number of requests, a size of requests, historical time to process requests, etc.

Based on the one or more attributes of the request, the requesting hardware acceleration device (**410** in this example) may accurately estimate how much additional load or processing burden the request will place on the target hardware acceleration device. However, while the requesting hardware acceleration device may determine how much additional load its own requests will add, each individual requesting hardware acceleration device may not have near-real time information about other requesting hardware acceleration devices in the hardware acceleration plane that may also be sending requests to the target hardware acceleration device.

In the illustrated example, a second requesting hardware acceleration device **420** is also routing a request for the same designated hardware accelerated service of type A at a similar time as a first requesting hardware acceleration device (**410** in this example). Both the first and second requesting hardware acceleration devices maintain their own data structures **412**, which may indicate that the target hardware acceleration device A1 currently has the lowest load of all of the target hardware acceleration devices implementing the designated hardware accelerated service of type A. Additionally, neither the first nor the second requesting hardware acceleration device is "aware" that the other is routing a request to the same target hardware acceleration device at the time of sending the request. After routing their own requests, the first and second requesting hardware acceleration device's both update load data in their data structure based on one or more attributes of their own requests, and are not "aware" that additional load has been placed onto the target hardware acceleration device A1 from the request of the other. Thus, the load data for the target hardware acceleration device A1 maintained separately by both the first and second requesting hardware acceleration devices may not accurately reflect how much load was actually placed onto the target hardware acceleration device A1. Accordingly, to correct estimation errors that may occur

US 10,425,472 B2

11

from multiple requesting hardware acceleration devices sending requests to the same receiving hardware acceleration device, each receiving hardware acceleration device is configured to send load data indicating its actual current load to other hardware acceleration devices.

In one example, when a receiving hardware acceleration device receives a request from the requesting hardware acceleration device, the receiving hardware acceleration devices responds with a message that includes load data indicating a current load of the receiving hardware acceleration device. As illustrated in FIG. **5**, when the receiving hardware acceleration device (target hardware acceleration device **A1** in this example) receives the request for the designated hardware accelerated service of type A from the requesting hardware acceleration device (hardware acceleration device **410** in this example) at step (**4**), the receiving hardware acceleration device **A1** sends a message back to the requesting hardware acceleration device **410** that includes load data indicating the load of the receiving hardware acceleration device **A1**. It will be appreciated that the receiving hardware acceleration device **A1** is "aware" of all requests that it receives, and has an accurate real time knowledge about its own load.

Thus, when the requesting hardware acceleration device **410** receives the message M1, the requesting hardware acceleration device **410** may update load data in its own data structure **412** for the target hardware acceleration device A1, which is the receiving hardware acceleration device **A1**. After updating its load data based on the message M1, the requesting hardware acceleration device **410** will have accurate, current, and non-speculative load data for the target hardware acceleration device **A1**, which reflects both the actual load placed onto the target hardware acceleration device **A1** by its own request, as well as the load placed onto the target hardware acceleration device **A1** by other requesting hardware acceleration devices such as the second requesting hardware acceleration device **420**.

In one example, the message sent by the receiving hardware acceleration device is an acknowledgment (ACK) or a negative acknowledgement (NACK) message that is commonly sent in network protocols. The receiving hardware acceleration device may send multiple ACK and NACK messages back to the requesting hardware acceleration device as part of normal networking protocols to coordinate the sending and receiving of the request over the network, or any other types of network traffic between the requesting and receiving hardware acceleration devices. Thus, upon sending an ACK or NACK message, the receiving hardware acceleration device may opportunistically add load data to the ACK or NACK message indicating its current load. In this manner, each hardware acceleration device may piggyback on common network traffic between each other in order to opportunistically update each other on their current loads. It will be appreciated that the above example of the message of an ACK or NACK message is merely exemplary, and any network messages exchanged between the hardware acceleration devices in the hardware acceleration plane may be leveraged to send load data updates between the hardware acceleration devices.

In another example, each hardware acceleration device periodically sends load data indicating its current load to one or more other hardware acceleration devices that have previously sent requests to that hardware acceleration device. That is, each hardware acceleration device may be configured to maintain in memory a list of all of the requesting hardware acceleration devices that have previously sent a request to that hardware acceleration device,

12

and periodically send load data updates for its own current load to each hardware acceleration device in its list. Alternatively, each hardware acceleration device may periodically send load data updates to each other hardware acceleration device that it currently has an open network connection with while exchanging packets over the network. Any suitable period may be chosen for the hardware acceleration devices to send load data updates. In one example, each hardware acceleration device may be configured to send all of the load data in its data structure containing load data for a plurality of other hardware acceleration devices.

In the above decentralized method, over time, as each hardware acceleration device periodically sends load updates to a subset of the other hardware acceleration devices in the hardware acceleration plane, every hardware acceleration device in the hardware acceleration plane may eventually receive some load data for each other hardware acceleration device in the hardware acceleration plane. Thus, through these load data updates, each hardware acceleration device may be made "aware" of all of the other hardware acceleration devices in the server system **100** and which type of hardware accelerated service each of those hardware acceleration devices implement. Thus, while the example illustrated in FIG. **5** only depicts the data structure **412** maintained by the requesting hardware acceleration device **410** as containing load data for four target hardware acceleration devices, it will be appreciated that the data structure **412** may be maintained to contain load data for all or any suitable subset of the hardware acceleration devices in the hardware acceleration plane **106**.

In one example, each hardware acceleration device is configured to update a memory page accessible by an associated host server instance with load data of the data structure. For example, the example hardware acceleration device **300** illustrated in FIG. **3** may be configured to update a memory page in the local memory **316** that is accessible by local processors executing the local host server instances. By reading the memory page, the local host server instances may be made "aware" of both the load of its local hardware acceleration device, as well as the load of other remote hardware acceleration devices in the hardware acceleration plane **106**. Accordingly, each host server instance in the software plane **104** may access, with low latency, load data for the hardware acceleration devices in the hardware acceleration plane **106**. Thus, collective load data for the hardware acceleration plane **106** may be distributed to the software plane **104**, which may be configured to leverage a current load balance state of the hardware acceleration plane **106** to change higher level service behaviors such as producing different requests, requesting additional server instances for the server system **100**, etc.

Turning back to FIG. **5**, the request for the designated hardware accelerated service may be generated by a host server instance of the software plane **104**, or by a hardware accelerated device of the hardware acceleration plane **106**. In the specific example illustrated in FIG. **5**, the request for the designated hardware accelerated service originates from a requesting host server instance of the plurality of host server instances, and the requesting hardware acceleration device is coupled to the processor executing the requesting host server instance by the internal data bus, and the requesting hardware acceleration device reads the request and routes it to the target hardware acceleration device. As shown, the request for the designated hardware accelerated service of type A originated from the example local host server instance **408** which is coupled to the example local hardware acceleration device **410** via the internal data bus of

US 10,425,472 B2

13                                                    14

the server housing both the example local hardware acceleration device **410** and the processor executing the example local host server instance **408**. For example, while servicing the client request **402**, the example local host server instance **408** may have determined that the client request **402** requires a hardware accelerated service implemented by the hardware acceleration plane **106**, such as, for example, a web search ranking service that may be hardware accelerated. Accordingly, the example local host server instance **408** selects the web search ranking service as the designated hardware accelerated service, and sends the request for the designated hardware accelerated service to the example local hardware acceleration device **410**, which subsequently reads the request and routes the request to a target hardware acceleration device.

Turning to FIG. **6**, in another example, the request is a multi-step request for a plurality of designated hardware accelerated services, and the designated hardware accelerated service is a next designated hardware accelerated service of the plurality of designated hardware accelerated services. In the illustrated example, the request is a multiple-step request for three different hardware accelerated services A, B, and C of the plurality of hardware accelerated services implemented by the hardware acceleration plane. In this specific example, the three hardware accelerated services A, B, and C are completed sequentially, with each hardware acceleration device along the path of the multi-step service implement one of the three different hardware accelerated services and then routing the multi-step request to another remote hardware accelerated device that implements the next hardware accelerated service.

As illustrated, the requesting hardware acceleration device (which is hardware acceleration device **410** in this example), receives the multi-step request from another hardware acceleration device **602**, implements one of the plurality of designated hardware accelerated services, and routes the multi-step request to the target hardware acceleration device implementing the next designated hardware accelerated service. As shown, the requesting hardware acceleration device **410** receives the multi-step request from another hardware acceleration device **602** in the hardware acceleration plane. Hardware acceleration device **602** may itself have received the multi-step request from yet another hardware acceleration device in the hardware acceleration plane. In another example, hardware acceleration device **602** may have generated the multi-step request itself. In yet another example, the multi-step request may have been generated by a host server instance of the software plane, such as host server instance **604** which may be local to the hardware acceleration device **602**.

In these examples, the hardware acceleration device **602** routes the multi-step request to the hardware acceleration device **410**, which is implementing a hardware acceleration service of type C that is one or the plurality of designated hardware accelerated services of the multi-step request. Thus, after receiving the multi-step request from another hardware acceleration device **602** at step (S1), the hardware acceleration device **410** implements the hardware acceleration service of type C on the request. The hardware acceleration device **410** further reads the multi-step request to determine that the next designated hardware accelerated service is a designated hardware accelerated service of type A. Similarly to the example of FIG. **5**, the hardware acceleration device **410** maintains a data structure containing load data for a plurality of target hardware acceleration devices implementing the next designated hardware accelerated service of type A. Based on the load data of the data structure,

the hardware acceleration device **410** routes the multi-step request to the target hardware acceleration device A1 at step (S2). Similarly to the hardware acceleration device **410**, the target hardware acceleration device A1 receives the multi-step request from the hardware acceleration device **410**, implements the designated hardware accelerated service of type A, and then at step (S3) routes the multi-step request to another target hardware acceleration device B1 that implements the last designated hardware accelerated service of type B of the multi-step request for the plurality of designed hardware accelerated services based on its maintained data structure containing load data for a second plurality of target hardware acceleration devices that implement the last designated hardware accelerated service of type B.

Turning back to FIG. **4**, the request generated by the example local host server instance **408** is also a multi-step request for two designated hardware accelerated services of type A and B. The example local host server instance **408** sends the multi-step request to its local example hardware acceleration device **410** at step (**3**), which reads the multi-step request and routes the multi-step request to the target hardware acceleration device A1 at step (**4**). The multi-step request is serviced with the hardware accelerated service of type A by one of the plurality of hardware acceleration devices in the server cluster A that all implement the same hardware accelerated service of type A. At step (**6**), the multi-step request is routed by a hardware acceleration device in server cluster A to a second target hardware acceleration device B2 in the server cluster B that implements the last designated hardware accelerated service of type B of the multi-step request. After implementing the last designated hardware accelerated service of type B, the multi-step request has been fully serviced by the server system **100**, a response **422** may be routed back to the end user's client device **404**. In one example, the last hardware acceleration device to service the request, which is the second target hardware acceleration device B2 in this example, may route a response to the fully serviced request to the SLB **406**, which may then route the response **422** to the client **402** request back to the client device **404**.

In another example, the response to the multi-step request may be routed back through each hardware acceleration device that serviced the multi-step request until the response arrives at the example local hardware acceleration device **410**, which may then send the response that resulting from the fully serviced request back to the example local host server instance **408** which had initially generated the request. The example local host server instance **408** may then process the response according to its application logic, such as, for example, by sending the response to the SLB **406** via the example local hardware acceleration device **410**, the SLB **406** in turn routing the response **422** to the end user's client device **404**.

In the example illustrated in FIG. **4**, the example local hardware acceleration device **410** initially sent the request for the designated hardware accelerated service of type A to the target hardware acceleration device A1. As discussed previously, the target hardware acceleration device A1 was selected based on data of the data structure maintained by the requesting hardware acceleration device, which was the example local hardware acceleration device **410**, the data structure including load data indicating that the target hardware acceleration device A1 was estimated to have the lowest load of a plurality of target hardware acceleration devices A1, A2, A3, and A4, that all implement that same hardware accelerated service of type A. However, as discussed in the example of FIG. **5**, there may be additional

US 10,425,472 B2

15

other hardware acceleration devices sending requests concurrently to the requesting hardware acceleration device. Thus, by the time that the request reaches the target hardware acceleration device A1, that particular target hardware acceleration device of the plurality of target hardware acceleration devices contained in the server cluster A may no longer be the least loaded hardware acceleration device.

In another example operation, each hardware acceleration device of the two or more servers in a server cluster implement a same hardware accelerated service of the plurality of hardware accelerated services, and each hardware acceleration device in the server cluster maintains a separate instance of the data structure further containing near-real time load data indicating a near-real time load of each other hardware acceleration device in the server cluster. In this manner, the server system may load balance within a server cluster comprised of servers that offer the same hardware accelerated service via the hardware acceleration devices of its servers, in a just in time manner, so that the destination for the request may be adjusted based on current load data after the request arrives at the hardware acceleration device of a server within the cluster.

In another example operation, when a receiving hardware acceleration device in a server cluster of the plurality of server clusters receives the request from the requesting hardware acceleration device, the receiving hardware acceleration device determines whether its current load is higher than a threshold load value and/or higher than another hardware acceleration device in the server cluster implementing the same hardware accelerated service based on near-real time load data of the data structure, and based on at least the determination, the receiving hardware acceleration device redirects the request to another hardware acceleration device in the server cluster which near-real time load data of the data structure indicates has a lower load than other hardware acceleration devices in the server cluster. In this manner, the hardware acceleration device can first check whether it has the available capacity to service the request by examining whether its own load is below the threshold load value, and if so it may process the request. If the load is above the threshold, then the hardware acceleration device proceeds to route the request to a hardware acceleration device with lower load. In another configuration, the hardware acceleration device can always route the incoming request to another hardware acceleration device with an indicated lower load, without querying whether a present load is above the load threshold. By near real time data, it is meant the latest load data that the hardware acceleration device has received for its peer hardware acceleration devices in the same cluster. It will be appreciated that due to the high speed of communication within the cluster via the backplane of the rack and via the TOR network switch, load data for devices in the same cluster can be updated extremely quickly, and will be as near to real time as possible.

Turning now to FIG. 7, a method 700 implemented by a server system for hardware implemented load balancing will be described. Method 700 may be implemented using the hardware of the server system 100 described above, or other suitable hardware. At 702, the method may include providing a plurality of servers, each server including at least one hardware acceleration device and at least one processor communicatively coupled to the hardware acceleration device by an internal data bus and executing a host server instance. The host server instances of the plurality of servers collectively provide a software plane, and the hardware acceleration devices of the plurality of servers collectively

16

provide a hardware acceleration plane that implements a plurality of hardware accelerated services.

As shown at 704, the plurality of servers may be provided in a plurality of server clusters, each server cluster including a top of rack network switch, two or more servers of the plurality of servers, and a backplane communicatively coupling the top of rack network switch and the two or more servers.

At 706, the method may include, at each hardware acceleration device, maintaining in memory a data structure that contains load data indicating a load of each of a plurality of target hardware acceleration devices implementing a designated hardware accelerated service of the plurality of hardware accelerated services.

At 708, the method may include receiving a request for a designated hardware accelerated service at one of the hardware acceleration devices.

As shown at 710, the request for the designated hardware accelerated service may originate from a requesting host server instance of the plurality of host server instances. In this case, the requesting hardware acceleration device may be coupled to the processor executing the requesting host server instance by the internal data bus.

At 712, the method may include routing the request to a target hardware acceleration device that is indicated by the load data in the data structure to have a lower load than other of the target hardware acceleration devices. In a case such as at 710 where the request originates at a server instance, the requesting hardware acceleration device may read the request and route it to the target hardware acceleration device to perform step 712.

As shown in FIG. 8, the request of step 708 of method 700 may be formulated as a multi-step request for a plurality of designated hardware accelerated services, and the designated hardware accelerated service may be a next designated hardware accelerated service of the plurality of designated hardware accelerated services. In such a case, as shown at 728, the method may include, at the one of the hardware acceleration devices, receiving the multi-step request from another hardware acceleration device, as shown at 730 the method may include implementing one of the plurality of designated hardware accelerated services, and as shown at 732 the method may include routing the multi-step request to the target hardware acceleration device implementing the next designated hardware accelerated service.

Returning to FIG. 7, in an example configuration, the method may further include, in a case where the servers are organized into clusters as shown at 704, each hardware acceleration device of the two or more servers in a server cluster implementing a same hardware accelerated service of the plurality of hardware accelerated services, and maintaining respective instances of the data structure further containing near-real time load data indicating a near-real time load of each other hardware acceleration device in the server cluster.

The method 700 may further include, at 714, receiving the request from the requesting hardware acceleration device, at a receiving hardware acceleration device in a server cluster of the plurality of server clusters. At 716, the method may include determining whether a current load of the receiving hardware acceleration device is higher than a threshold load value and/or higher than another hardware acceleration device in the server cluster implementing the same hardware accelerated service based on near-real time load data of the data structure at the receiving hardware acceleration device. At 718, the method may include, based on at least the determination, redirecting the request to another hardware

US 10,425,472 B2

17                                                                          18

acceleration device in the server cluster which near-real time load data of the data structure indicates has a lower load than other hardware acceleration devices in the server cluster.

At **720**, the method may include, when the requesting hardware acceleration device routes the request for the designated hardware accelerated service to the target hardware acceleration device, the requesting hardware acceleration device updating load data in its data structure for the target hardware acceleration device. As shown at **722**, this updating may be based on one or more attributes of the request. These attributes may include a size of the request, a type of designated hardware accelerated service, a historical time to implement the designated hardware accelerated service, historical data for the target hardware acceleration device, and packet data of the request.

As indicated at **724**, the updating may be based on a current load of the hardware acceleration device, sent via a message. For example, when a receiving hardware acceleration device receives a request from the requesting hardware acceleration device, the receiving hardware acceleration devices may respond with a message that includes load data indicating a current load of the receiving hardware acceleration device, and the requesting hardware acceleration device may update load data in the data structure stored in memory at the receiving hardware acceleration device based upon the current load indicated in the message from the receiving hardware acceleration device.

As indicated at **726**, the updating may be based on periodic load updates sent from the hardware acceleration devices to each other. For example, each hardware acceleration device may periodically send load data indicating its current load to one or more other hardware acceleration devices that have previously sent requests to that hardware acceleration device.

The above described systems and methods may be used to achieve just in time routing of requests from one hardware acceleration device to another, based on load data stored in data structures in memory associated with each hardware acceleration device. Since the load data is continually updated, intelligent routing decisions can be made at the time the request is sent, and even after the request is received at the originally intended target device, which enable the request to be eventually routed to a hardware acceleration device that has a lower load than other candidate hardware acceleration devices. This in turn has the potential to service request faster and more efficiently, increasing the speed with which the server system may respond to requests.

In some embodiments, the methods and processes described herein may be tied to a computing system of one or more computing devices. In particular, such methods and processes may be implemented as a computer-application program or service, an application-programming interface (API), a library, and/or other computer-program product.

FIG. **9** schematically shows a non-limiting embodiment of a computing system **900** that can enact one or more of the methods and processes described above. Computing system **900** is shown in simplified form. Computing system **900** may embody the individual servers **102, 206, 208, 210**, etc., and client device **404** described above. Computing system **900** may take the form of one or more personal computers, server computers, tablet computers, home-entertainment computers, network computing devices, gaming devices, mobile computing devices, mobile communication devices (e.g., smart phone), and/or other computing devices, and wearable computing devices such as smart wristwatches and head mounted augmented reality devices.

Computing system **900** includes a logic processor **902** volatile memory **904**, and a non-volatile storage device **906**. Computing system **900** may optionally include a display subsystem **908**, input subsystem **910**, communication subsystem **912**, and/or other components not shown in FIG. **9**.

Logic processor **902** includes one or more physical devices configured to execute instructions. For example, the logic processor may be configured to execute instructions that are part of one or more applications, programs, routines, libraries, objects, components, data structures, or other logical constructs. Such instructions may be implemented to perform a task, implement a data type, transform the state of one or more components, achieve a technical effect, or otherwise arrive at a desired result.

The logic processor may include one or more physical processors (hardware) configured to execute software instructions. Additionally or alternatively, the logic processor may include one or more hardware logic circuits or firmware devices configured to execute hardware-implemented logic or firmware instructions. Processors of the logic processor **902** may be single-core or multi-core, and the instructions executed thereon may be configured for sequential, parallel, and/or distributed processing. Individual components of the logic processor optionally may be distributed among two or more separate devices, which may be remotely located and/or configured for coordinated processing. Aspects of the logic processor may be virtualized and executed by remotely accessible, networked computing devices configured in a cloud-computing configuration. In such a case, these virtualized aspects are run on different physical logic processors of various different machines, it will be understood.

Non-volatile storage device **906** includes one or more physical devices configured to hold instructions executable by the logic processors to implement the methods and processes described herein. When such methods and processes are implemented, the state of non-volatile storage device **904** may be transformed—e.g., to hold different data.

Non-volatile storage device **906** may include physical devices that are removable and/or built-in. Non-volatile storage device **94** may include optical memory (e.g., CD, DVD, HD-DVD, Blu-Ray Disc, etc.), semiconductor memory (e.g., ROM, EPROM, EEPROM, FLASH memory, etc.), and/or magnetic memory (e.g., hard-disk drive, floppy-disk drive, tape drive, MRAM, etc.), or other mass storage device technology. Non-volatile storage device **906** may include nonvolatile, dynamic, static, read/write, read-only, sequential-access, location-addressable, file-addressable, and/or content-addressable devices. It will be appreciated that non-volatile storage device **906** is configured to hold instructions even when power is cut to the non-volatile storage device **906**.

Volatile memory **904** may include physical devices that include random access memory. Volatile memory **904** is typically utilized by logic processor **902** to temporarily store information during processing of software instructions. It will be appreciated that volatile memory **904** typically does not continue to store instructions when power is cut to the volatile memory **904**.

Aspects of logic processor **902**, volatile memory **904**, and non-volatile storage device **906** may be integrated together into one or more hardware-logic components. Such hardware-logic components may include field-programmable gate arrays (FPGAs), program- and application-specific integrated circuits (PASIC/ASICs), program- and application-

US 10,425,472 B2

19                                                                        20

specific standard products (PSSP/ASSPs), system-on-a-chip (SOC), and complex programmable logic devices (CPLDs), for example.

The terms "module," "program," and "engine" may be used to describe an aspect of computing system **900** typically implemented in software by a processor to perform a particular function using portions of volatile memory, which function involves transformative processing that specially configures the processor to perform the function. Thus, a module, program, or engine may be instantiated via logic processor **902** executing instructions held by non-volatile storage device **906**, using portions of volatile memory **904**. It will be understood that different modules, programs, and/or engines may be instantiated from the same application, service, code block, object, library, routine, API, function, etc. Likewise, the same module, program, and/or engine may be instantiated by different applications, services, code blocks, objects, routines, APIs, functions, etc. The terms "module," "program," and "engine" may encompass individual or groups of executable files, data files, libraries, drivers, scripts, database records, etc.

When included, display subsystem **908** may be used to present a visual representation of data held by non-volatile storage device **906**. The visual representation may take the form of a graphical user interface (GUI). As the herein described methods and processes change the data held by the non-volatile storage device, and thus transform the state of the non-volatile storage device, the state of display subsystem **908** may likewise be transformed to visually represent changes in the underlying data. Display subsystem **908** may include one or more display devices utilizing virtually any type of technology. Such display devices may be combined with logic processor **902**, volatile memory **904**, and/or non-volatile storage device **906** in a shared enclosure, or such display devices may be peripheral display devices.

When included, input subsystem **910** may comprise or interface with one or more user-input devices such as a keyboard, mouse, touch screen, or game controller. In some embodiments, the input subsystem may comprise or interface with selected natural user input (NUI) componentry. Such componentry may be integrated or peripheral, and the transduction and/or processing of input actions may be handled on- or off-board. Example NUI componentry may include a microphone for speech and/or voice recognition; an infrared, color, stereoscopic, and/or depth camera for machine vision and/or gesture recognition; a head tracker, eye tracker, accelerometer, and/or gyroscope for motion detection and/or intent recognition; as well as electric-field sensing componentry for assessing brain activity; and/or any other suitable sensor.

When included, communication subsystem **912** may be configured to communicatively couple various computing devices described herein with each other, and with other devices. Communication subsystem **912** may include wired and/or wireless communication devices compatible with one or more different communication protocols. As non-limiting examples, the communication subsystem may be configured for communication via a wireless telephone network, or a wired or wireless local- or wide-area network, such as a HDMI over Wi-Fi connection. In some embodiments, the communication subsystem may allow computing system **900** to send and/or receive messages to and/or from other devices via a network such as the Internet.

The following paragraphs provide additional support for the claims of the subject application. One aspect provides a server system comprising a plurality of servers, each server including at least one hardware acceleration device and at least one processor communicatively coupled to the hardware acceleration device by an internal data bus and executing a host server instance, the host server instances of the plurality of servers collectively providing a software plane, and the hardware acceleration devices of the plurality of servers collectively providing a hardware acceleration plane that implements a plurality of hardware accelerated services, wherein each hardware acceleration device maintains in memory a data structure that contains load data indicating a load of each of a plurality of target hardware acceleration devices implementing a designated hardware accelerated service of the plurality of hardware accelerated services, and wherein, when a requesting hardware acceleration device routes a request for the designated hardware accelerated service, the requesting hardware acceleration device routes the request to a target hardware acceleration device that is indicated by the load data in the data structure to have a lower load than other of the target hardware acceleration devices. In this aspect, additionally or alternatively, the request for the designated hardware accelerated service may originate from a requesting host server instance of the plurality of host server instances, wherein the requesting hardware acceleration device may be coupled to the processor executing the requesting host server instance by the internal data bus, and the requesting hardware acceleration device may read the request and may route it to the target hardware acceleration device. In this aspect, additionally or alternatively, the request may be a multi-step request for a plurality of designated hardware accelerated services, and the designated hardware accelerated service may be a next designated hardware accelerated service of the plurality of designated hardware accelerated services, and wherein the requesting hardware acceleration device may receive the multi-step request from another hardware acceleration device, may implement one of the plurality of designated hardware accelerated services, and may route the multi-step request to the target hardware acceleration device implementing the next designated hardware accelerated service. In this aspect, additionally or alternatively, the server system may further comprise a plurality of server clusters, wherein each server cluster may include a top of rack network switch, two or more servers of the plurality of servers, and a backplane communicatively coupling the top of rack network switch and the two or more servers, wherein each hardware acceleration device of the two or more servers in a server cluster may implement a same hardware accelerated service of the plurality of hardware accelerated services, and each may maintain a respective instance of the data structure further containing near-real time load data indicating a near-real time load of each other hardware acceleration device in the server cluster. In this aspect, additionally or alternatively, when a receiving hardware acceleration device in a server cluster of the plurality of server clusters receives the request from the requesting hardware acceleration device, the receiving hardware acceleration device may determine whether its current load is higher than a threshold load value and/or higher than another hardware acceleration device in the server cluster implementing the same hardware accelerated service based on near-real time load data of the data structure, and based on at least the determination, the receiving hardware acceleration device may redirect the request to another hardware acceleration device in the server cluster which near-real time load data of the data structure indicates has a lower load than other hardware acceleration devices in the server cluster. In this aspect, additionally or alternatively, when the requesting hardware acceleration device routes the request for the designated hardware accel-

21

erated service to the target hardware acceleration device, the requesting hardware acceleration device may update load data in its data structure for the target hardware acceleration device based on one or more attributes of the request. In this aspect, additionally or alternatively, the one or more attributes of the request may be selected from the group consisting of a size of the request, a type of designated hardware accelerated service, a historical time to implement the designated hardware accelerated service, historical data for the target hardware acceleration device, and packet data of the request. In this aspect, additionally or alternatively, when a receiving hardware acceleration device receives a request from the requesting hardware acceleration device, the receiving hardware acceleration devices may respond with a message that includes load data indicating a current load of the receiving hardware acceleration device. In this aspect, additionally or alternatively, each hardware acceleration device may periodically send load data indicating its current load to one or more other hardware acceleration devices that have previously sent requests to that hardware acceleration device. In this aspect, additionally or alternatively, each hardware acceleration device may be configured to update a memory page accessible by an associated host server instance with load data of the data structure.

Another aspect provides a method implemented by a server system, the method comprising providing a plurality of servers, each server including at least one hardware acceleration device and at least one processor communicatively coupled to the hardware acceleration device by an internal data bus and executing a host server instance, the host server instances of the plurality of servers collectively providing a software plane, and the hardware acceleration devices of the plurality of servers collectively providing a hardware acceleration plane that implements a plurality of hardware accelerated services, at each hardware acceleration device maintaining in memory a data structure that contains load data indicating a load of each of a plurality of target hardware acceleration devices implementing a designated hardware accelerated service of the plurality of hardware accelerated services, and at one of the hardware acceleration devices receiving a request for a designated hardware accelerated service, and routing the request to a target hardware acceleration device that is indicated by the load data in the data structure to have a lower load than other of the target hardware acceleration devices. In this aspect, additionally or alternatively, the request for the designated hardware accelerated service may originate from a requesting host server instance of the plurality of host server instances, and wherein the requesting hardware acceleration device may be coupled to the processor executing the requesting host server instance by the internal data bus, and the requesting hardware acceleration device may read the request and may route it to the target hardware acceleration device. In this aspect, additionally or alternatively, the request may be a multi-step request for a plurality of designated hardware accelerated services, and the designated hardware accelerated service may be a next designated hardware accelerated service of the plurality of designated hardware accelerated services, the method may further comprise, at the one of the hardware acceleration devices, receiving the multi-step request from another hardware acceleration device, implementing one of the plurality of designated hardware accelerated services, and routing the multi-step request to the target hardware acceleration device implementing the next designated hardware accelerated service. In this aspect, additionally or alternatively, providing a plurality of servers may include providing a plurality of server clusters, each server cluster

22

may include a top of rack network switch, two or more servers of the plurality of servers, and a backplane communicatively coupling the top of rack network switch and the two or more servers, wherein each hardware acceleration device of the two or more servers in a server cluster may implement a same hardware accelerated service of the plurality of hardware accelerated services, and may maintain the data structure further containing near-real time load data indicating a near-real time load of each other hardware acceleration device in the server cluster. In this aspect, additionally or alternatively, the method may include receiving the request from the requesting hardware acceleration device, at a receiving hardware acceleration device in a server cluster of the plurality of server clusters, determining whether a current load of the receiving hardware acceleration device is higher than a threshold load value and/or higher than another hardware acceleration device in the server cluster implementing the same hardware accelerated service based on near-real time load data of the data structure at the receiving hardware acceleration device, and based on at least the determination, redirecting the request to another hardware acceleration device in the server cluster which near-real time load data of the data structure indicates has a lower load than other hardware acceleration devices in the server cluster. In this aspect, additionally or alternatively, when the requesting hardware acceleration device routes the request for the designated hardware accelerated service to the target hardware acceleration device, the requesting hardware acceleration device may update load data in its data structure for the target hardware acceleration device based on one or more attributes of the request. In this aspect, additionally or alternatively, the one or more attributes of the request may be selected from the group consisting of a size of the request, a type of designated hardware accelerated service, a historical time to implement the designated hardware accelerated service, historical data for the target hardware acceleration device, and packet data of the request. In this aspect, additionally or alternatively, when a receiving hardware acceleration device receives a request from the requesting hardware acceleration device, the receiving hardware acceleration devices may respond with a message that includes load data indicating a current load of the receiving hardware acceleration device, and the requesting hardware acceleration device may update load data in the data structure stored in memory at the receiving hardware acceleration device based upon the current load indicated in the message from the receiving hardware acceleration device. In this aspect, additionally or alternatively, each hardware acceleration device may periodically send load data indicating its current load to one or more other hardware acceleration devices that have previously sent requests to that hardware acceleration device.

Another aspect provides a server system comprising a plurality of server clusters of a plurality of servers, each server cluster including a top of rack network switch and two or more of the plurality of servers, each server including at least one hardware acceleration device and at least one processor communicatively coupled to the hardware acceleration device by an internal data bus and executing a host server instance, the host server instances of the plurality of servers collectively providing a software plane, and the hardware acceleration devices of the plurality of servers collectively providing a hardware acceleration plane that implements a plurality of hardware accelerated services, wherein each hardware acceleration device in a server cluster of the plurality of server clusters implement a same hardware accelerated service of the plurality of hardware

US 10,425,472 B2

23

accelerated services, wherein each hardware acceleration device maintains in memory a data structure that contains near-real time load data indicating a near-real time load of each other hardware acceleration device in a same server cluster as that hardware acceleration device, and wherein when a receiving hardware acceleration device in a server cluster of the plurality of server clusters receives a request from a requesting hardware acceleration device, the receiving hardware acceleration device determines whether its current load is higher than a threshold load value and/or higher than another hardware acceleration device in the server cluster implementing the same hardware accelerated service based on near-real time load data of the data structure, and based on at least the determination, the receiving hardware acceleration device redirects the request to another hardware acceleration device in the server cluster which near-real time load data of the data structure indicates has a lower load than other hardware acceleration devices in the server cluster.

It will be understood that the configurations and/or approaches described herein are exemplary in nature, and that these specific embodiments or examples are not to be considered in a limiting sense, because numerous variations are possible. The specific routines or methods described herein may represent one or more of any number of processing strategies. As such, various acts illustrated and/or described may be performed in the sequence illustrated and/or described, in other sequences, in parallel, or omitted. Likewise, the order of the above-described processes may be changed.

The subject matter of the present disclosure includes all novel and non-obvious combinations and sub-combinations of the various processes, systems and configurations, and other features, functions, acts, and/or properties disclosed herein, as well as any and all equivalents thereof.

The invention claimed is:

**1**. A server system comprising:

a plurality of servers, each server including at least one hardware acceleration device and at least one processor communicatively coupled to the hardware acceleration device by an internal data bus and executing a host server instance, the host server instances of the plurality of servers collectively providing a software plane, and the hardware acceleration devices of the plurality of servers collectively providing a hardware acceleration plane that implements a plurality of hardware accelerated services;

wherein each hardware acceleration device collects load data from other hardware acceleration devices of other servers and maintains in memory of that hardware acceleration device's respective server a data structure that contains the load data indicating a load of each of a plurality of target hardware acceleration devices implementing a designated hardware accelerated service of the plurality of hardware accelerated services;

wherein, when a requesting hardware acceleration device routes a request for the designated hardware accelerated service, the requesting hardware acceleration device routes the request to a target hardware acceleration device that is indicated by the load data in the data structure of the requesting hardware acceleration device's respective server to have a lower load than other of the target hardware acceleration devices;

wherein, when the target hardware acceleration device receives the request from the requesting hardware acceleration device, the target hardware acceleration device determines whether a current load of that target

24

hardware acceleration device is higher than at least one of a threshold load value or a current load of another hardware acceleration device implementing the designated hardware accelerated service; and

based on at least the determination, the target hardware acceleration device redirects the request to another hardware acceleration device implementing the designated hardware accelerated service.

**2**. The server system of claim **1**, wherein the request for the designated hardware accelerated service originates from a requesting host server instance of the plurality of host server instances; and

wherein the requesting hardware acceleration device is coupled to the processor executing the requesting host server instance by the internal data bus, and the requesting hardware acceleration device reads the request and routes it to the target hardware acceleration device.

**3**. The server system of claim **1**, wherein the request is a multi-step request for a plurality of designated hardware accelerated services, and the designated hardware accelerated service is a next designated hardware accelerated service of the plurality of designated hardware accelerated services; and

wherein the requesting hardware acceleration device receives the multi-step request from another hardware acceleration device, implements one of the plurality of designated hardware accelerated services, and routes the multi-step request to the target hardware acceleration device implementing the next designated hardware accelerated service.

**4**. The server system of claim **1**, further comprising a plurality of server clusters, each server cluster including a top of rack network switch, two or more servers of the plurality of servers, and a backplane communicatively coupling the top of rack network switch and the two or more servers;

wherein each hardware acceleration device of the two or more servers in a server cluster implement a same hardware accelerated service of the plurality of hardware accelerated services, and each maintains a respective instance of the data structure further containing near-real time load data indicating a near-real time load of each other hardware acceleration device in the server cluster.

**5**. The server system of claim **4**, wherein when a receiving hardware acceleration device in a server cluster of the plurality of server clusters receives the request from the requesting hardware acceleration device, the receiving hardware acceleration device determines whether a current load of that receiving hardware acceleration device is higher than at least one of a threshold load value or a current load of another hardware acceleration device in the server cluster implementing the same hardware accelerated service based on near-real time load data of the data structure, and

based on at least the determination, the receiving hardware acceleration device redirects the request to another hardware acceleration device in the server cluster which near-real time load data of the data structure indicates has a lower load than other hardware acceleration devices in the server cluster.

**6**. The server system of claim **1**, wherein when the requesting hardware acceleration device routes the request for the designated hardware accelerated service to the target hardware acceleration device, the requesting hardware acceleration device updates load data in the requesting

US 10,425,472 B2

25

26

hardware acceleration device's data structure for the target hardware acceleration device based on one or more attributes of the request.

**7**. The server system of claim **6**, wherein the one or more attributes of the request are selected from the group consisting of a size of the request, a type of designated hardware accelerated service, a historical time to implement the designated hardware accelerated service, historical data for the target hardware acceleration device, and packet data of the request.

**8**. The server system of claim **1**, wherein, when a receiving hardware acceleration device receives a request from the requesting hardware acceleration device, the receiving hardware acceleration devices responds with a message that includes load data indicating a current load of the receiving hardware acceleration device.

**9**. The server system of claim **1**, wherein each hardware acceleration device periodically sends load data indicating a current load of that hardware acceleration device to one or more other hardware acceleration devices that have previously sent requests to that hardware acceleration device.

**10**. The server system of claim **1**, wherein each hardware acceleration device is configured to update a memory page accessible by an associated host server instance with load data of the data structure.

**11**. A method implemented by a server system, the method comprising:

providing a plurality of servers, each server including at least one hardware acceleration device and at least one processor communicatively coupled to the hardware acceleration device by an internal data bus and executing a host server instance, the host server instances of the plurality of servers collectively providing a software plane, and the hardware acceleration devices of the plurality of servers collectively providing a hardware acceleration plane that implements a plurality of hardware accelerated services;

at each hardware acceleration device:

collecting load data from other hardware acceleration devices of other servers;

maintaining in memory of that hardware acceleration device's respective server a data structure that contains the load data indicating a load of each of a plurality of target hardware acceleration devices implementing a designated hardware accelerated service of the plurality of hardware accelerated services;

at one of the hardware acceleration devices:

receiving a request for a designated hardware accelerated service;

routing the request to a target hardware acceleration device that is indicated by the load data in the data structure of that hardware acceleration device's respective server to have a lower load than other of the target hardware acceleration devices; and

at the target hardware acceleration device:

receiving the request from the requesting hardware acceleration device;

determining whether a current load of that target hardware acceleration device is higher than at least one of a threshold load value or a current load of another hardware acceleration device implementing the designated hardware accelerated service; and

based on at least the determination, redirecting the request to another hardware acceleration device implementing the designated hardware accelerated service.

**12**. The method of claim **11**, wherein the request for the designated hardware accelerated service originates from a requesting host server instance of the plurality of host server instances; and

wherein the requesting hardware acceleration device is coupled to the processor executing the requesting host server instance by the internal data bus, and the requesting hardware acceleration device reads the request and routes it to the target hardware acceleration device.

**13**. The method of claim **11**, wherein the request is a multi-step request for a plurality of designated hardware accelerated services, and the designated hardware accelerated service is a next designated hardware accelerated service of the plurality of designated hardware accelerated services, the method further comprising:

at the one of the hardware acceleration devices:

receiving the multi-step request from another hardware acceleration device;

implementing one of the plurality of hardware accelerated services; and

routing the multi-step request to the target hardware acceleration device implementing the next designated hardware accelerated service.

**14**. The method of claim **11**,

wherein providing a plurality of servers includes providing a plurality of server clusters, each server cluster including a top of rack network switch, two or more servers of the plurality of servers, and a backplane communicatively coupling the top of rack network switch and the two or more servers;

wherein each hardware acceleration device of the two or more servers in a server cluster implements a same hardware accelerated service of the plurality of hardware accelerated services, and maintains the data structure further containing near-real time load data indicating a near-real time load of each other hardware acceleration device in the server cluster.

**15**. The method of claim **14**,

receiving the request from the requesting hardware acceleration device, at a receiving hardware acceleration device in a server cluster of the plurality of server clusters;

determining whether a current load of the receiving hardware acceleration device is higher than at least one of a threshold load value or a current load of another hardware acceleration device in the server cluster implementing the same hardware accelerated service based on near-real time load data of the data structure at the receiving hardware acceleration device; and

based on at least the determination, redirecting the request to another hardware acceleration device in the server cluster which near-real time load data of the data structure indicates has a lower load than other hardware acceleration devices in the server cluster.

**16**. The method of claim **11**, wherein when the requesting hardware acceleration device routes the request for the designated hardware accelerated service to the target hardware acceleration device, the requesting hardware acceleration device updates load data in that requesting hardware acceleration device's data structure for the target hardware acceleration device based on one or more attributes of the request.

**17**. The method of claim **16**, wherein the one or more attributes of the request are selected from the group consisting of a size of the request, a type of designated hardware accelerated service, a historical time to implement the des-

US 10,425,472 B2

27

ignated hardware accelerated service, historical data for the target hardware acceleration device, and packet data of the request.

**18**. The method of claim **11**, wherein, when a receiving hardware acceleration device receives a request from the requesting hardware acceleration device, the receiving hardware acceleration devices responds with a message that includes load data indicating a current load of the receiving hardware acceleration device, and the requesting hardware acceleration device updates load data in the data structure stored in memory at the receiving hardware acceleration device based upon the current load indicated in the message from the receiving hardware acceleration device.

**19**. The method of claim **11**, wherein each hardware acceleration device periodically sends load data indicating a current load of that hardware acceleration device to one or more other hardware acceleration devices that have previously sent requests to that hardware acceleration device.

**20**. A server system comprising:

a plurality of server clusters of a plurality of servers, each server cluster including a top of rack network switch and two or more of the plurality of servers, each server including at least one hardware acceleration device and at least one processor communicatively coupled to the hardware acceleration device by an internal data bus and executing a host server instance, the host server instances of the plurality of servers collectively providing a software plane, and the hardware acceleration devices of the plurality of servers collectively providing a hardware acceleration plane that implements a plurality of hardware accelerated services;

wherein each hardware acceleration device in a server cluster of the plurality of server clusters implement a

28

same hardware accelerated service of the plurality of hardware accelerated services;

wherein each hardware acceleration device collects near-real time load data from other hardware acceleration devices of other servers and maintains in memory of that hardware acceleration device's respective server a data structure that contains the near-real time load data indicating a near-real time load of each other hardware acceleration device in a same server cluster as that hardware acceleration device; and

wherein when a receiving hardware acceleration device in a server cluster of the plurality of server clusters receives a request from a requesting hardware acceleration device, the receiving hardware acceleration device determines whether a current load of the receiving hardware acceleration device is higher than at least one of a threshold load value or a current load of another hardware acceleration device in the server cluster implementing the same hardware accelerated service based on the near-real time load data of the data structure of the receiving hardware acceleration device's respective server, and

based on at least the determination, the receiving hardware acceleration device redirects the request to another hardware acceleration device in the server cluster which the near-real time load data of the data structure of the receiving hardware acceleration device's respective server indicates has a lower load than other hardware acceleration devices in the server cluster.

* * * * *