The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| THROUGHPUTER, INC., <br><br> Plaintiff, <br><br> v. <br><br> MICROSOFT CORPORATION, <br><br> Defendant. | Civ. No. 2:22-cv-00344-BJR <br> Civ. No. 2:22-cv-00492-BJR <br><br> JOINT PROPOSED CASE SCHEDULE |

Pursuant to the Court's Order dated June 1, 2022, the parties respectfully submit the attached agreed upon schedule for entry in this proceeding.

DATED this 6th day of June, 2022.

LOWE GRAHAM JONES<sup>PLLC</sup>

/s/ Lawrence D. Graham
Lawrence D. Graham, WSBA No. 25402
Graham@LoweGrahamJones.com
1325 Fourth Avenue, Suite 1130
Seattle, Washington 98101
T: 206.381.3300
F: 206.381.3301

GARDELLA GRACE P.A.

W. Cook Alciati (admitted *pro hac vice*)
80 M Street SE, 1st Floor
Washington D.C. 20003
T: 703-721-8379

JOINT PROPOSED CASE SCHEDULE - 1
Civil Action No. 22-CV-00344-BJR

LOWE GRAHAM JONES PLLC
1325 Fourth Avenue, Suite 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301

1  calciati@gardellagrace.com

2  Michael Dorfman (admitted *pro hac vice*)
3  2502 North Clark Street, Suite 222
   Chicago, Illinois 60614
   T: 703-415-9344
4  mdorfman@gardellagrace.com

5  *Attorneys for Plaintiff ThroughPuter, Inc.*

6  FISH & RICHARDSON P.C.

7  /s/ Betty Chen
   Ahmed J. Davis (admitted *pro hac vice*)
8  adavis@fr.com
   FISH & RICHARDSON P.C.
9  1000 Maine Avenue, SW
   Suite 1000
10 Washington, DC 20024
   Telephone: (202) 783-5070
11
   John S. Goetz (admitted *pro hac vice*)
12 goetz@fr.com
   Excylyn J. Hardin-Smith (admitted *pro hac
13 vice*)
   Hardin-Smith@fr.com
14 FISH & RICHARDSON P.C.
   7 Times Square, 20th Floor
15 New York, NY 10036
   Telephone: (212) 765-5070
16
   Matthew A. Colvin (admitted *pro hac vice*)
17 colvin@fr.com
   FISH & RICHARDSON P.C.
18 1717 Main Street, Suite 5000
   Dallas, TX 75201
19 Telephone: (214) 747-5070

20 Betty Chen (WA Bar No. 57993;
   CA Bar No. 290588)
21 bchen@fr.com
   FISH & RICHARDSON P.C.
22 1400 112th Ave. SE, Suite 100
   Bellevue, WA 98004
23 Telephone: (650) 839-5070

24

JOINT PROPOSED CASE SCHEDULE - 2
Civil Action No. 22-cv-00344-BJR

LOWE GRAHAM JONES PLLC
1325 Fourth Avenue, Suite 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301

*Counsel for Defendant Microsoft Corporation*

JOINT PROPOSED CASE SCHEDULE - 3
Civil Action No. 22-cv-00344-BJR