THE HONORABLE BARBARA J. ROTHSTEIN

IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THROUGHPUTER, INC., <br><br> Plaintiff, <br><br> v. <br><br> MICROSOFT CORPORATION, <br><br> Defendant. | Case No. 2:22-cv-00344-BJR <br><br> **NOTICE OF APPEARANCE OF COUNSEL** <br><br> *(Clerk's Action Required)* |

TO:        THE CLERK OF THE COURT

AND TO:   ALL PARTIES AND COUNSEL OF RECORD

PLEASE TAKE NOTICE that Patricia A. Eakes and Per de Visé Jansen of Morgan, Lewis & Bockius LLP hereby appear in the above-entitled action as counsel for Defendant Microsoft Corporation, and request that all further papers and pleadings be served upon the undersigned attorneys at the address below stated.

//

//

//

NOTICE OF APPEARANCE
OF COUNSEL – Page 1
(Case No. 2:22-cv-00344-BJR)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

1  Dated this 5th day of August, 2022.

MORGAN, LEWIS & BOCKIUS LLP

By: *s/ Patricia A. Eakes*
   Patricia A. Eakes, WSBA #18888

By: *s/ Per de Visé Jansen*
   Per de Visé Jansen, WSBA #49966

1301 Second Avenue, Suite 2800
Seattle, WA 98101
Phone: (206) 274-6400
Email: patty.eakes@morganlewis.com
       per.jansen@morganlewis.com

*Attorneys for Defendant Microsoft Corporation*

NOTICE OF APPEARANCE
OF COUNSEL – Page 2
(Case No. 2:22-cv-00344-BJR)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401