The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THROUGHPUTER, INC., <br><br> Plaintiff, <br><br> v. <br><br> MICROSOFT CORPORATION, <br><br> Defendant. | No. 2:22-cv-00344-BJR <br><br> **JOINT MOTION TO MODIFY SCHEDULING ORDER AND ORDER** |

Pursuant to LCR 16(b)(6), Plaintiff ThroughPuter, Inc. and Defendant Microsoft Corporation (collectively, the "Parties"), by and through their undersigned counsel, hereby respectfully move the Court to modify the Scheduling Order (Dkt. 112). The Parties have met and conferred and agreed on the proposed schedule identified below.

| Event | Original Dates (Dkt. 112) | Proposed Dates |
|---|---|---|
| Disclosure of Asserted Claims | August 16, 2024 | August 30, 2024 |
| Non-infringement and Invalidity Contentions | October 15, 2024 | November 12, 2024 |
| Proposed Terms of Construction | November 11, 2024 | November 26, 2024 |
| Preliminary Claim Construction | December 11, 2024 | December 20, 2024 |
| Joint Claim Construction | January 17, 2025 | January 31, 2025 |
| Opening Claim Construction Brief | February 21, 2025 | March 7, 2025 |
| Responsive Claim Construction Brief | April 11, 2025 | April 25, 2025 |
| Deadline to Amend Pleadings | April 11, 2025 | May 9, 2025 |
| Claim Construction Hearing | TBD | TBD |

JOINT MOTION TO MODIFY SCHEDULING ORDER AND ORDER - 1
Civil Action No. 22-CV-00344-BJR

LOWE GRAHAM JONES ₚₗₗc

1325 Fourth Avenue, Suite 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301

| Event | Original Dates (Dkt. 112) | Proposed Dates |
|---|---|---|
| Close of Fact Discovery | September 19, 2025 | October 3, 2025 |
| Opening Expert Disclosures | October 28, 2025 | November 12, 2025 |
| Responsive Expert Disclosures | December 6, 2025 | December 19, 2025 |
| Reply Expert Disclosures | December 20, 2025 | January 13, 2026 |
| Close of Expert Discovery | January 23, 2026 | February 12, 2026 |
| Dispositive Motion Cutoff | February 27, 2026 | March 12, 2026 |
| Trial | TBD | TBD |

The Parties respectfully submit that there is good cause for their proposed extension. Due to the personal and professional obligations of Plaintiff's lead counsel, Defendant agreed to extend the deadline for service of Plaintiff's infringement contentions. With such an extension, the parties have agreed to similarly adjust the remaining deadlines in the schedule. The parties proposed schedule adjustments do not require rescheduling any previously scheduled Court appearances.

This request is not made in bad faith or to cause undue delay. In view of the foregoing, the Parties respectfully request that the Court grant this joint motion and modify the Scheduling Order as proposed herein.

JOINT MOTION TO MODIFY SCHEDULING ORDER AND ORDER - 2

Civil Action No. 22-cv-00344-BJR

LOWE GRAHAM JONES PLLC

1325 Fourth Avenue, Suite 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301

Presented by:

Dated: August 13, 2024

| | |
|---|---|
| */s/ Cook Alciati* | */s/ Patricia A. Eakes* |
| Lawrence D. Graham, WSBA No. 25402 | Patricia A. Eakes, WSBA No. 18888 |
| LOWE GRAHAM JONES PLLC | E: patty.eakes@morganlewis.com |
| 1325 Fourth Avenue, Suite 1130 | Per D. Jansen, WSBA No. 49966 |
| Seattle, Washington 98101 | E: perjansen@morganlewis.com |
| T: 206.381.3300 | MORGAN, LEWIS & BOCKIUS LLP |
| F: 206.381.3301 | 1301 Second Avenue, Suite 3000 |
| E: Graham@LoweGrahamJones.com | Seattle, WA 98101 |
| | T: (206) 274-6400 |
| Cook Alciati (admitted *pro hac vice*) | |
| GARDELLA GRACE, P.A. | Ahmed J. Davis (admitted *pro hac vice*) |
| 80 M Street SE, 1st Floor | E: adavis@fr.com |
| Washington D.C. 20003 | FISH & RICHARDSON P.C. |
| T: (703) 721-8379 | 1000 Maine Avenue, SW, Suite 1000 |
| F: (703) 740-4541 | Washington, DC 20024 |
| E: calciati@gardellagrace.com | T: (202) 783-5070 |
| | |
| Michael Dorfman (admitted *pro hac vice*) | John S. Goetz (admitted *pro hac vice*) |
| GARDELLA GRACE, P.A. | E: goetz@fr.com |
| 2502 North Clark Street, Suite 222 | Excylyn J. Hardin-Smith (admitted *pro hac vice*) |
| Chicago, Illinois 60614 | E: Hardin-Smith@fr.com |
| T: (773) 755-4942 | FISH & RICHARDSON P.C. |
| F: 703) 740-4541 | 7 Times Square, 20th Floor |
| E: dorfman@gardellagrace.com | New York, NY 10036 |
| | T: (212) 765-5070 |
| *Attorneys for Plaintiff* | |
| *ThroughPuter, Inc.* | Matthew A. Colvin (admitted *pro hac vice*) |
| | E: colvin@fr.com |
| | FISH & RICHARDSON P.C. |
| | 1717 Main Street, Suite 5000 |
| | Dallas, TX 75201 |
| | T: (214) 747-5070 |
| | |
| | *Attorneys for Defendant* |
| | *Microsoft Corporation* |

JOINT MOTION TO MODIFY SCHEDULING ORDER AND ORDER - 3
Civil Action No. 22-cv-00344-BJR

**ORDER**

IT IS SO ORDERED.

DATED this 14th day of August, 2024.

*Barbara J. Rothstein*

The Honorable Barbara J. Rothstein
SENIOR UNITED STATES DISTRICT JUDGE

JOINT MOTION TO MODIFY SCHEDULING ORDER AND ORDER - 4
Civil Action No. 22-cv-00344-BJR

LOWE GRAHAM JONES PLLC
1325 Fourth Avenue, Suite 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301