THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THROUGHPUTER, INC., <br><br> Plaintiff, <br><br> v. <br><br> MICROSOFT CORPORATION, <br><br> Defendant. | Case No. 2:22-cv-00344-BJR <br><br> **JOINT MOTION TO MODIFY SCHEDULING ORDER AND ORDER** |

Pursuant to LCR 16(b)(6), Plaintiff ThroughPuter, Inc. and Defendant Microsoft Corporation (collectively, the "Parties"), by and through their undersigned counsel, hereby respectfully move the Court to extend certain dates in the current Scheduling Order (Dkt. 115). The Parties have met and conferred and jointly propose the following modifications to the case schedule:

//

//

//

JOINT MOTION TO MODIFY SCHEDULING
ORDER AND ORDER - 1
Case No. 2:22-cv-00344-BJR

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

| Event | Current Date (Dkt. 115) | Proposed Date |
|---|---|---|
| Non-infringement and invalidity contentions | November 12, 2024 | December 6, 2024 |
| Proposed Terms for Construction | November 26, 2024 | January 8, 2025 |
| Preliminary Claim Construction | December 20, 2024 | January 28, 2025 |
| Joint Claim Construction Statement | January 31, 2025 | February 11, 2025 |
| Opening Claim Construction Briefing | March 7, 2025 | March 18, 2025 |
| Responsive Claim Construction Briefing | April 25, 2025 | April 29, 2025 |

The Parties respectfully submit that there is good cause for their proposed extension and are not requesting modification of any other deadlines in the case. The Parties' proposed schedule adjustments do not require rescheduling any previously scheduled Court appearances.

This request is not made in bad faith or to cause undue delay. In view of the foregoing, the Parties respectfully request that the Court grant this joint motion and modify the Scheduling Order as proposed herein.

//

//

//

//

//

//

JOINT MOTION TO MODIFY SCHEDULING ORDER AND ORDER - 2
Case No. 2:22-cv-00344-BJR

**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

Dated: November 8, 2024

Respectfully submitted,

*/s/ Cook Alciati (w/permission)*

Lawrence D. Graham, WSBA No. 25402
LOWE GRAHAM JONES PLLC
1325 Fourth Avenue, Suite 1130
Seattle, WA 98101
Telephone: (206) 381-3300
Graham@LoweGrahamJones.com

Cook Alciati (*pro hac vice*)
Michael Dorfman (*pro hac vice*)
BARCLAY DAMON LLP
1742 N. Street, NW
Washington, DC 20036
calciati@barclaydamon.com
mdorfman@barclaydamon.com

Thomas F. Fleming (*pro hac vice*)
GUNSTER, YOAKLEY & STEWART
5551 Ridgewood Dr.
Naples, FL 34108
Telephone: (239) 397-5706
thomasfleming@gunster.com

Joanne S. Richards (*pro hac vice*)
Robert J. Morad (*pro hac vice*)
GARDELLA GRACE P.A.
80 M Street SE, 1st Floor
Washington, DC 20003
Telephone: (703) 740-4553
jrichards@gardellagrace.com
rmorad@gardellagrace.com

*Counsel for Plaintiff*
*ThroughPuter, Inc.*

*/s/ Patty A. Eakes*

Patty A. Eakes, WSBA No. 18888
Ari M. Sillman, WSBA No. 60798
MORGAN, LEWIS & BOCKIUS LLP
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Telephone: (206) 274-6400
patty.eakes@morganlewis.com
ari.sillman@morganlewis.com

Ahmed J. Davis (*pro hac vice*)
FISH & RICHARDSON P.C.
1000 Maine Avenue, SW, Suite 1000
Washington, DC 20024
Telephone: (202) 783-5070
adavis@fr.com

John S. Goetz (*pro hac vice*)
Excylyn J. Hardin-Smith (*pro hac vice*)
FISH & RICHARDSON P.C.
7 Times Square, 20th Floor
New York, NY 10036
Telephone: (212) 765-5070
goetz@fr.com
hardin-smith@fr.com

Matthew A. Colvin (*pro hac vice*)
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone: (214) 747-5070
colvin@fr.com

*Counsel for Defendant*
*Microsoft Corporation*

JOINT MOTION TO MODIFY SCHEDULING
ORDER AND ORDER - 3
Case No. 2:22-cv-00344-BJR

**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

**ORDER**

IT IS SO ORDERED.

DATED this 12th day of November 2024.

*Barbara J. Rothstein*
_____
THE HONORABLE BARBARA J. ROTHSTEIN
SENIOR UNITED STATES DISTRICT JUDGE

JOINT MOTION TO MODIFY SCHEDULING
ORDER AND ORDER - 4
Case No. 2:22-cv-00344-BJR

**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401