The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| THROUGHPUTER, INC., | |
|---|---|
| Plaintiff, | Case No. 2:22-cv-00344-BJR |
| v. | **JOINT MOTION TO MODIFY SCHEDULING ORDER AND ORDER** |
| MICROSOFT CORPORATION, | |
| Defendant. | |

Pursuant to LCR 16(b)(6), Plaintiff ThroughPuter, Inc. and Defendant Microsoft Corporation (collectively, the "Parties"), by and through their undersigned counsel, hereby respectfully move the Court to extend certain dates in the Scheduling Order (Dkt. 126). The Parties have met and conferred and agreed on the proposed modification to the case schedule as identified below.

| Event | Original Date (Dkt. 126) | Proposed Date |
|---|---|---|
| Exchange of Preliminary Claim Construction and Extrinsic Evidence | January 28, 2025 | January 31, 2025 |

The Parties respectfully submit that there is good cause for their proposed extension and are not requesting modification of any other deadlines in the case. The Parties' proposed schedule adjustment does not require rescheduling any previously scheduled Court appearances.

JOINT MOTION TO MODIFY SCHEDULING ORDER AND ORDER - 1
Civil Action No. 22-CV-00344-BJR

LOWE GRAHAM JONES PLLC
1325 Fourth Avenue, Suite 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301

This request is not made in bad faith or to cause undue delay. In view of the foregoing, the Parties respectfully request that the Court grant this joint motion and modify the Scheduling Order as proposed herein.

Presented by:

Dated: January 27, 2025

| | |
|---|---|
| */s/ Cook Alciati* | */s/ Patty A. Eakes (with permission)* |
| Lawrence D. Graham, WSBA No. 25402 | Patricia A. Eakes, WSBA No. 18888 |
| LOWE GRAHAM JONES PLLC | Ari M. Sillman, WSBA No. 60798 |
| 1325 Fourth Avenue, Suite 1130 | MORGAN, LEWIS & BOCKIUS LLP |
| Seattle, Washington 98101 | 1301 Second Avenue, Suite 3000 |
| T: 206.381.3300 | Seattle, WA 98101 |
| F: 206.381.3301 | T: (206) 274-6400 |
| E: Graham@LoweGrahamJones.com | E: patty.eakes@morganlewis.com |
| | ari.sillman@morganlewis.com |
| Cook Alciati (*pro hac vice*) | |
| Joanne S. Richards (*proc hac vice*) | Ahmed J. Davis (*pro hac vice*) |
| Robert J. Morad (*proc hac vice*) | FISH & RICHARDSON P.C. |
| GARDELLA GRACE, P.A. | 1000 Maine Avenue, SW, Suite 1000 |
| 80 M Street SE, 1st Floor | Washington, DC 20024 |
| Washington D.C. 20003 | T: (202) 783-5070 |
| T: (703) 721-8379 | E: adavis@fr.com |
| F: (703) 740-4541 | |
| E: calciati@gardellagrace.com | John S. Goetz (*pro hac vice*) |
| jrichards@gardellagrace.com | Excylyn J. Hardin-Smith (amitted *pro hac vice*) |
| rmorad@gardellagrace.com | FISH & RICHARDSON P.C. |
| | 7 Times Square, 20th Floor |
| Thomas F. Fleming (*proc hac vice*) | New York, NY 10036 |
| GUNSTER, YOAKLEY & STEWART | T: (212) 765-5070 |
| 5551 Ridgewood Dr. | E: goetz@fr.com |
| Naples, FL 34108 | Hardin-Smith@fr.com |
| T: (239) 397-5706 | |
| E: thomasfleming@gunster.com | Matthew A. Colvin (*pro hac vice*) |
| | FISH & RICHARDSON P.C. |
| *Attorneys for Plaintiff* | 1717 Main Street, Suite 5000 |
| *ThroughPuter, Inc.* | Dallas, TX 75201 |
| | T: (214) 747-5070 |
| | E: colvin@fr.com |
| | |
| | *Attorneys for Defendant* |
| | *Microsoft Corporation* |

JOINT MOTION TO MODIFY SCHEDULING ORDER AND ORDER - 2
Civil Action No. 22-cv-00344-BJR

LOWE GRAHAM JONES PLLC
1325 Fourth Avenue, Suite 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301

The Honorable Barbara J. Rothstein

**ORDER**

IT IS SO ORDERED.

DATED this 28th day of January, 2025.

*Barbara J. Rothstein*
_____
The Honorable Barbara J. Rothstein
SENIOR UNITED STATES DISTRICT JUDGE

JOINT MOTION TO MODIFY SCHEDULING ORDER AND ORDER - 3
Civil Action No. 22-CV-00344-BJR

LOWE GRAHAM JONES PLLC
1325 Fourth Avenue, Suite 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301