The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THROUGHPUTER, INC., <br><br> Plaintiff, <br><br> v. <br><br> MICROSOFT CORPORATION, <br><br> Defendant. | Case No. 2:22-cv-00344-BJR <br><br> **JOINT STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii) AND ORDER** |

The parties, Plaintiff ThroughPuter, Inc. ("ThroughPuter") and Defendant Microsoft Corporation ("Microsoft"), through their respective and undersigned counsel hereby stipulate to dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) of any and all of the parties' claims in this action as follows: ThroughPuter dismisses with prejudice all claims for infringement under U.S. Patent Nos. 11,150,948; 11,036,556; 10,963,306; 10,620,998; 10,437,644; 10,430,242; 10,318,353; 10,310,902; 10,133,599; 9,632,833; and 9,424,090.

The parties agree that all costs, expenses, and attorneys' fees will be borne by the party that incurred them.

JOINT STIPULATION OF DISMISSAL AND ORDER - 1

Civil Action No. 22-CV-00344-BJR

LOWE GRAHAM JONES PLLC

1325 Fourth Avenue, Suite 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301

Presented by:

Dated: March 5, 2025

| */s/ Cook Alciati* | */s/ Matthew A. Colvin  (with permission)* |
|---|---|
| Lawrence D. Graham, WSBA No. 25402 | Patricia A. Eakes, WSBA No. 18888 |
| David A. Lowe, WSBA No. 24453 | Ari M. Sillman, WSBA No. 60798 |
| LOWE GRAHAM JONES PLLC | MORGAN, LEWIS & BOCKIUS LLP |
| 1325 Fourth Avenue, Suite 1130 | 1301 Second Avenue, Suite 3000 |
| Seattle, Washington 98101 | Seattle, WA 98101 |
| T: 206.381.3300 | T: (206) 274-6400 |
| F: 206.381.3301 | E: patty.eakes@morganlewis.com |
| E: Graham@LoweGrahamJones.com |    ari.sillman@morganlewis.com |
|    Lowe@LoweGrahamJones.com | |
| | Ahmed J. Davis (*pro hac vice*) |
| Cook Alciati (*pro hac vice*) | FISH & RICHARDSON P.C. |
| Robert J. Morad (*proc hac vice*) | 1000 Maine Avenue, SW, Suite 1000 |
| Thomas F. Fleming (*proc hac vice*) | Washington, DC 20024 |
| GARDELLA ALCIATI | T: (202) 783-5070 |
| 80 M Street SE, 1st Floor | E: adavis@fr.com |
| Washington D.C. 20003 | |
| T: (703) 721-8379 | John S. Goetz (*pro hac vice*) |
| F: (703) 740-4541 | Excylyn J. Hardin-Smith (amitted *pro hac vice*) |
| E: calciati@ga-iplaw.com | FISH & RICHARDSON P.C. |
|    rmorad@ga-iplaw.com | 7 Times Square, 20th Floor |
|    tfleming@ga-iplaw.com | New York, NY 10036 |
| | T: (212) 765-5070 |
| *Attorneys for Plaintiff* | E: goetz@fr.com |
| *ThroughPuter, Inc.* |    Hardin-Smith@fr.com |
| | |
| | Matthew A. Colvin (*pro hac vice*) |
| | FISH & RICHARDSON P.C. |
| | 1717 Main Street, Suite 5000 |
| | Dallas, TX 75201 |
| | T: (214) 747-5070 |
| | E: colvin@fr.com |
| | |
| | *Attorneys for Defendant* |
| | *Microsoft Corporation* |

JOINT STIPULATION OF DISMISSAL AND ORDER - 2
Civil Action No. 22-cv-00344-BJR

LOWE GRAHAM JONES PLLC
1325 Fourth Avenue, Suite 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301

The Honorable Barbara J. Rothstein

**ORDER**

IT IS SO ORDERED.

DATED this 6th day of March 2025.

_____
The Honorable Barbara J. Rothstein
SENIOR UNITED STATES DISTRICT JUDGE

JOINT STIPULATION OF DISMISSAL AND ORDER - 3
Civil Action No. 22-CV-00344-BJR

LOWE GRAHAM JONES PLLC
1325 Fourth Avenue, Suite 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301